Kelly O'Neill
koneill@legalvoice.org
Idaho Bar No. 9303
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Phone: (208) 649-4942

Wendy S. Heipt*
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798

Jamila Johnson*
jjohnson@lawyeringproject.org
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 706-4981
Fax: (646) 480-8622

Tanya Pellegrini*
tpellegrini@lawyeringproject.org
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 98114
Phone: (646) 480-8973
Fax: (646) 480-8622

Paige Suelzle*
psuelzle@lawyeringproject.org
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
Fax: (646) 480-8622

Stephanie Toti*
stoti@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
Fax: (646) 480-8622

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D., | ) Case No.: 1:24-cv-00244-BLW |
| | ) |
| Plaintiff, | ) |
| | ) JOINT MOTION TO DISMISS |
| v. | ) ELMORE COUNTY |
| | ) PROSECUTING ATTORNEY |
| MEMBERS OF THE IDAHO BOARD OF | ) |
| MEDICINE, in their official capacities; *et al*., | ) |
| | ) |
| Defendants. | ) |

In support of the motion, the parties state as follows:

1

1.      Plaintiff contends that the Elmore County Prosecuting Attorney is a proper defendant in this action. However, to streamline the proceedings, Plaintiff agrees to dismiss the Elmore County Prosecuting Attorney without prejudice on the following conditions:

2.      The Elmore County Prosecuting Attorney and her employees, agents, and successors in office agree to be bound by the terms of any injunctive relief (including any temporary restraining order, preliminary injunction, or permanent injunction), declaratory relief, and/or other equitable relief issued against any other Prosecuting Attorney Defendant in this action. However, the Elmore County Prosecuting Attorney shall not be liable for any award of attorney's fees, costs, or monetary damages.

3.      It is further understood and agreed that the Elmore County Prosecuting Attorney and her employees, agents, and successors in office shall be bound by injunctive, declaratory, and/or other relief falling within the preceding paragraph only to the extent that such relief remains binding against any other Prosecuting Attorney Defendant in this action. The Elmore County Prosecuting Attorney and her employees, agents, and successors in office shall not be bound by any relief as to any other Prosecuting Attorney Defendant in this action that subsequently is reversed, vacated, set aside, or otherwise limited. However, it is understood and agreed that the Elmore County Prosecuting Attorney and her employees, agents, and successors in office will take no enforcement action inconsistent with any relief entered in this action premised on conduct that occurred while such relief was in effect.

4.      Furthermore, as consideration for the release of liability in this matter, the Elmore County Prosecuting Attorney and her employees, agents, and successors in office waive their right to intervene in the above-captioned matter or any appellate proceeding that stems from it.

2

5.    It is hereby certified that all signing parties have agreed to the electronic filing of this document by one party with electronic signatures of counsel for Plaintiff and the Elmore County Prosecuting Attorney.

Dated:  July 31, 2024

Respectfully submitted:

/S/ Stephanie Toti  _____
Stephanie Toti*
stoti@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
Fax: (646) 480-8622

Jamila Johnson*
jjohnson@lawyeringproject.org
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 706-4981
Fax: (646) 480-8622

Tanya Pellegrini*
tpellegrini@lawyeringproject.org
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 98114
Phone: (646) 480-8973
Fax: (646) 480-8622

Kelly O'Neill
koneill@legalvoice.org
Idaho Bar No. 9303
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Phone: (208) 649-4942

Wendy S. Heipt*
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798

Paige Suelzle*
psuelzle@lawyeringproject.org
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Seattle, WA 98166
Phone: (347) 515-6073
Fax: (646) 480-8622

*Admitted *pro hac vice*

*Attorneys for Plaintiff*


SHondi K. Lott
_____
Shondi K. Lott
ELMORE COUNTY PROSECUTOR
190 South 4th East
Mountain Home, Idaho 83647
Phone:  (208) 587-2144
slott@elmorecounty.org

*Defendant Elmore County Prosecuting
Attorney*

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on July 31, 2024, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served upon all counsel of record.

In addition, a copy of the foregoing document was sent via first-class mail to the following Defendant at the address listed below:

Justin Oleson
Custer County Prosecuting Attorney
521 E. Maine Ave.
P.O. Box 630
Challis, ID 83226

*/S/ Stephanie Toti*
Stephanie Toti