Kelly O'Neill
Idaho Bar No. 9303
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Phone: (208) 649-4942
koneill@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

Jamila Johnson*
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Tanya Pellegrini*
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 98114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D., | Case No.: 1:24-cv-00244-BLW |
| Plaintiff, | |
| v. | **DECLARATION OF STACY SEYB, M.D.** |
| MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*, | |
| Defendants. | |

STACY SEYB, M.D., hereby declares under penalty of perjury that the following statements are true and correct:

1. I am the Plaintiff in this case. I submit this declaration in support of Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss.

2. I am a physician licensed to practice medicine in Idaho.

3. I am board-certified in maternal-fetal medicine, which is a sub-specialty of obstetrics and gynecology that focuses on providing care to people with high-risk or complicated pregnancies.

4. From 2019 to 2023, I served on Idaho's Maternal Mortality Review Committee.

5. Since April 2000, I have served as an Attending Physician in maternal-fetal medicine at St. Luke's, a hospital in Boise.

6. The abortion bans challenged in this case prevent me from providing appropriate care to all of my patients.

7. Over the course of my career, I have delivered approximately 2,000 to 3,000 babies and provided approximately 500 abortions. The vast majority of those abortions have been for patients with medical indications.

8. In recent years, before Idaho's abortion bans took effect, I provided two to three abortions per month, on average. All of those abortions were for patients with serious medical conditions. In addition, I assisted other doctors with medically indicated abortion procedures six to eight times per year.

9. Although most of my abortion patients have resided in southwest Idaho, I have occasionally provided abortion care to patients who traveled to St. Luke's from other parts of the state, including northern Idaho and eastern Idaho.

10. Since Idaho's abortion bans have been in effect, I have had to refer approximately six patients per month with serious medical conditions to out-of-state abortion providers. I no

longer provide abortions in Idaho because I fear criminal prosecution or professional discipline for violating the abortion bans.

11. But for Idaho's abortion bans, I would continue to provide abortion care in Idaho to patients with serious medical conditions rather than refer them to out-of-state abortion providers.

Dated: August 4, 2024

_____
Stacy Seyb, M.D.