UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DR. STACY SEYB,<br><br>    Plaintiff,<br><br>       v.<br><br>MEMBERS OF THE IDAHO<br>BOARD OF MEDICINE, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00244-BLW<br><br>**ORDER** |

Before the Court is Defendants' Motion to Reschedule the Hearing on their Motion to Dismiss (Dkt. 44). The hearing is currently set for November 7, 2024 at 10:00 am in Boise, Idaho. The Plaintiff does not oppose the motion. Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion (Dkt. 44) is GRANTED. The hearing on defendants' motions to dismiss (Dkts. 25, 26) set for November 7, 2024 at 10:00 is VACATED.

IT IS FURTHER ORDERED that the hearing on defendants' motion to dismiss (Dkts. 25, 26) shall be reset for **December 12, 2024 at 3:00 p.m.** at the United States Courthouse in Boise, Idaho. The hearing shall take place in Courtroom 3 before Senior Judge B. Lynn Winmill.

**ORDER - 1**

DATED: **October 28, 2024**

B. Lynn Winmill
U.S. District Court Judge

ORDER – 2