CIVIL MOTION HEARING

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: December 12, 2024
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Gearhart
Case No. 1:24-cv-244                     Reporter: Tammy Hohenleitner
Place: Boise                             Time: 3:15 – 4:41 p.m.

STACY SEYB, M.D. v. MEMBERS OF THE IDAHO BOARD OF MEDICINE, et al

Counsel for Plaintiff: Stephanie Toti, Tanya Pellegrini, Jamila Johnson, and Kelly O'Neill

Counsel for Defendants: James Craig, Aaron Green, and Kyle Grigsby

The Court conducted oral argument on the following motions:

1. Defendants Members of the Idaho Board of Medicine and 41 County Prosecutors' Motion to Dismiss (Dkt. 25), and

2. Defendant Randy Neal, Bonneville County Prosecuting Attorney's Motion to Dismiss (Dkt. 26).

Supplemental briefing is due 12/20/2024 and is limited to two pages.

The motions are deemed under advisement. A written decision is forthcoming.