RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation
and Constitutional Defense

AARON M. GREEN, ISB #12397
KYLE D. GRIGSBY, ISB #10709
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Defendants Members
of the Idaho Board of Medicine and
42 County Prosecutors*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D., <br><br> *Plaintiff,* <br><br> v. <br><br> MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*, <br><br> *Defendants.* | Case No. 1:24-cv-00244-BLW <br><br> **STIPULATION TO AMEND SCHEDULING ORDER [DKT 42]** |

Plaintiff Seyb and those Defendants represented by the Office of the Idaho Attorney

General (42 of the county prosecutors and the members of the Board of Medicine), stipulate

to and request the Court modify the Scheduling Order, Dkt. 42, as amended, as described

STIPULATION TO AMEND SCHEDULING ORDER [DKT. 42]

below. Good cause exists to modify the Scheduling Order because the parties await the Court's

decision on Defendants' Motion to Dismiss and the parties agree that additional time would

benefit the parties in completing pre-trial litigation proceedings.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| First Interim Status Conference | March 21, 2025 at 10:00am | No change |
| Defendant must disclose experts intended to be called at trial | March 24, 2025 | April 24, 2025 |
| Plaintiff's rebuttal experts must be identified | April 8, 2025 | May 8, 2025 |
| All discovery relevant to experts | April 22, 2025 | May 22, 2025 |
| Completion of All Fact Discovery | April 22, 2025 | May 22, 2025 |
| Dispositive Motion Deadline | May 22, 2025 | June 23, 2025 |

DATED: February 28, 2025

| **For Plaintiff** | **For 42 County Prosecutor and Idaho Board of Medicine Defendants** |
|---|---|
| LAWYERING PROJECT | STATE OF IDAHO<br>Office of the Attorney General |
| By: _/s/ Stephanie Toti_<br>　　Stephanie Toti<br><br>*Attorney for Dr. Stacy Seyb* | By: _/s/ James E. M. Craig_<br>　　James E. M. Crait<br>　　Chief, Civil Litigation and<br>　　Constitutional Defense<br><br>*Attorney for Defendants Members*<br>*of the Idaho Board of Medicine and*<br>*42 County Prosecutors* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jamila Johnson
jjohnson@lawyeringproject.org

Tanya Pellegrini
tpellegrini@lawyeringproject.org

Paige Suelzle
psuelzle@lawyeringproject.org

Stephanie Toti
stoti@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

Sarah Tompkins
Sarah.tompkins@hotmail.com

*Attorneys for Plaintiff*

AND I FURTHER CERTIFY that on such date, the foregoing was served on the following non-CM/ECF registered participants in the manner indicated:

Via first class mail, postage prepaid and addressed as follows:

Shondi Lott
190 S. 4th E St.,
Mountain Home, ID 83647
slott@elmorecounty.org

Justin Oleson
P.O. Box 30
Challis, ID 83226
custerpa@gmail.com

*Defendants Pro se*

 /s/ *James E. M. Craig*
JAMES E. M. CRAIG