Kelly O'Neill
Idaho Bar No. 9303
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Phone: (208) 649-4942
koneill@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

Jamila Johnson*
LAWYERING PROJECT
3157 Gentilly Blvd., No. 2231
New Orleans, LA 70122
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Tanya Pellegrini*
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 98114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
158 SW 148th Street, No. 1198
Burien, WA 98166
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D., | ) Case No.: 1:24-cv-00244-BLW |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S UNOPPOSED** |
| | ) **MOTION TO AMEND THE** |
| | ) **SCHEDULING ORDER** |
| MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al*., | ) |
| Defendants. | ) |

Plaintiff respectfully moves the Court to amend the Scheduling Order (Dkt. # 42) to extend the deadlines specified below.  The Court previously amended the Scheduling Order on February 28, 2025 (Dkt. # 53).

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Plaintiff's identification of rebuttal experts | May 8, 2025 | June 9, 2025 |
| Completion of expert discovery | May 22, 2025 | August 29, 2025 |
| Completion of fact discovery | May 22, 2025 | August 29, 2025 |
| Filing of dispositive motions | June 23, 2025 | October 3, 2025 |

Good cause exists for this motion.  The parties agreed to delay certain aspects of discovery, including the taking of depositions, until the Court ruled on Defendants' motions to dismiss.  *See* Joint Disc. Plan (Dkt. # 35) at 5.  A brief extension of the remaining deadlines in the Scheduling Order would ensure that the parties can (1) develop an adequate factual record on issues discussed in the Court's decision on the motions to dismiss and (2) accommodate witnesses' schedules when noticing depositions.  Plaintiff's counsel conferred with Defendants' counsel about the proposed amendments to the Scheduling Order, and all parties consent to the changes.

The relief requested in this motion is unrelated to the Attorney General's pending motion to intervene (Dkt. # 61).  The parties would seek to extend the current Scheduling Order deadlines regardless of the disposition of that motion.

WHEREFORE, Plaintiff respectfully requests that the Court amend the scheduling order to adopt the deadlines set forth above.

Dated: April 28, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Stephanie Toti<br>Stephanie Toti*<br>LAWYERING PROJECT<br>41 Schermerhorn St., No. 1056<br>Brooklyn, NY 11201<br>Phone: (646) 490-1083<br>stoti@lawyeringproject.org | Kelly O'Neill<br>Idaho Bar No. 9303<br>LEGAL VOICE<br>P.O. Box 50201<br>Boise, ID 83705<br>Phone: (208) 649-4942<br>koneill@legalvoice.org |
| Jamila Johnson*<br>LAWYERING PROJECT<br>3157 Gentilly Blvd., No. 2231<br>New Orleans, LA 70122<br>Phone: (347) 706-4981<br>jjohnson@lawyeringproject.org | Wendy S. Heipt*<br>LEGAL VOICE<br>907 Pine Street, No. 500<br>Seattle, WA 98101<br>Phone: (206) 954-6798<br>wheipt@legalvoice.org |
| Tanya Pellegrini*<br>LAWYERING PROJECT<br>584 Castro St., No. 2062<br>San Francisco, CA 98114<br>Phone: (646) 480-8973<br>tpellegrini@lawyeringproject.org | Paige Suelzle*<br>LAWYERING PROJECT<br>158 SW 148th Street, No. 1198<br>Burien, WA 98166<br>Phone: (347) 515-6073<br>psuelzle@lawyeringproject.org |

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 28, 2025, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served upon all counsel of record.

                                                  */s/ Stephanie Toti*
                                                  Stephanie Toti