UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D., | Case No. 1:24-cv-00244-BLW |
| Plaintiff, | **ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al*, | |
| Defendants. | |

The Court has considered Plaintiff's Unopposed Motion to Amend the Scheduling Order (Dkt. 62) and finds that good cause exists to grant it. Accordingly,

IT IS HEREBY ORDERED that the Unopposed Motion to Amend the Scheduling Order (Dkt. 62) is GRANTED and the deadlines in the Scheduling Order (Dkts. 42, 53) are amended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Plaintiff's identification of rebuttal experts | May 8, 2025 | June 9, 2025 |
| Completion of expert discovery | May 22, 2025 | August 29, 2025 |

**ORDER AMENDING SCHEDULING ORDER - 1**

| | | |
|---|---|---|
| Completion of fact discovery | May 22, 2025 | August 29, 2025 |
| Filing of dispositive motions | June 23, 2025 | October 3, 2025 |

DATED: **April 29, 2025**

B. Lynn Winmill
U.S. District Court Judge

**ORDER AMENDING SCHEDULING ORDER - 2**