RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
KYLE D. GRIGSBY, ISB #10709
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Defendants Members of the Idaho Board of Medicine and Intervenor Raúl Labrador*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.<br><br>*Plaintiff*,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>*Defendants,*<br><br>ATTORNEY GENERAL RAÚL LABRADOR,<br><br>*Intervenor.* | Case No. 1:24-cv-00244-BLW<br><br>**DECLARATION OF JAMES E. M. CRAIG** |

I, JAMES E. M. CRAIG, declare as follows:

1. I am over the age of 18 years and am competent to testify in this matter.

2. I am employed as the Division Chief of the Civil Litigation and Constitutional Defense Division within the Office of the Idaho Attorney General. I serve as an attorney of record in this lawsuit for Defendants Members of the Idaho Board of Medicine and for Intervenor Attorney General Raúl Labrador.

3. Attached as **Exhibit 1A** is a true and correct copy of Dr. Seyb's Deposition Transcript. Attached as **Exhibit 1B** are true and correct copies of the exhibits from that deposition.

4. Attached as **Exhibit 2** is a true and correct copy of Dr. Seyb's Rebuttal Expert Report, which was provided by Plaintiff's counsel through discovery.

5. Attached as **Exhibit 3** is a true and correct copy of portions of Patricia Cohen's Deposition Transcript, which was prepared by a court reporter.

6. Attached as **Exhibit 4** is a true and correct copy of portions of Monica Eppinger's Deposition Transcript, along with portions of exhibit 1 from that deposition.

Under 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

DATED: October 3, 2025

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *James E. M. Craig*
JAMES E. M. CRAIG
Chief of Civil Litigation
and Constitutional Defense
*Attorneys for Defendants Members*
*of the Idaho Board of Medicine*
*and Intervenor Raúl Labrador*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on October 3, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jamila Johnson
jjohnson@lawyeringproject.org

Tanya Pellegrini
tpellegrini@lawyeringproject.org

Paige Suelzle
psuelzle@lawyeringproject.org

Stephanie Toti
stoti@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

*Attorneys for Plaintiff*

/s/ *James E. M. Craig*
JAMES E. M. CRAIG