RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
KYLE D. GRIGSBY, ISB #10709
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Defendants Intervenor
Attorney General Raúl Labrador and
Members of the Idaho Board of Medicine*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>        *Plaintiff*,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>        *Defendants*,<br><br>ATTORNEY GENERAL RAÚL LABRADOR<br><br>        *Intervenor.* | Case No. 1:24-cv-00244-BLW<br><br>**ATTORNEY GENERAL LABRADOR'S AND MEMBERS OF THE IDAHO BOARD OF MEDICINE'S MOTION FOR SUMMARY JUDGMENT** |

Defendants Intervenor Attorney General Raúl Labrador and Members of the Idaho Board of Medicine move for summary judgment as to all claims pursuant to Federal Rule of Civil Procedure 56. This motion is supported by the memorandum of points and authorities and statement of undisputed facts with attached declaration and exhibits filed concurrently herewith.

DATED: October 21, 2025

    STATE OF IDAHO
    OFFICE OF THE ATTORNEY GENERAL

    /s/ *Aaron M. Green*
    AARON M. GREEN
    Deputy Attorney General

    *Attorney for Defendants Intervenor Attorney General Raúl Labrador and Members of the Idaho Board of Medicine*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on October 21, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jamila Johnson<br>jjohnson@lawyeringproject.org | Tanya Pellegrini<br>tpellegrini@lawyeringproject.org |
| Paige Suelzle<br>psuelzle@lawyeringproject.org | Stephanie Toti<br>stoti@lawyeringproject.org |
| Wendy S. Heipt<br>wheipt@legalvoice.org | Ronell Tshiela<br>rtshiela@lawyeringproject.org |
| *Attorneys for Plaintiff* | Kelly O'Neill<br>koneill@legalvoice.org |

/s/ *Aaron M. Green*
AARON M. GREEN

ATTORNEY GENERAL LABRADOR'S AND MEMBERS OF THE IDAHO BOARD OF MEDICINE'S MOTION FOR SUMMARY JUDGMENT —2