RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
KYLE D. GRIGSBY, ISB #10709
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Defendants Intervenor*
*Attorney General Raúl Labrador and*
*Members of the Idaho Board of Medicine*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.<br>*Plaintiff*,<br>v.<br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br>*Defendants*,<br>ATTORNEY GENERAL RAÚL LABRADOR<br>*Intervenor.* | Case No. 1:24-cv-00244-BLW<br>**DECLARATION OF AARON M. GREEN** |

I, AARON M. GREEN, state as follows:

1. I am an adult citizen of the United States, am competent to testify to the matters stated herein, and make this declaration based on my own personal knowledge.

2. I am employed by the Idaho Office of Attorney General.

3. I am counsel of record for Defendants.

4. Attached as **Exhibit 1** is a true and correct copy of the Deposition Transcript of Dr. Stacy Seyb.

5. Attached as **Exhibit 2** is a true and correct copy of the Deposition of Dr. Jennifer Payne.

6. Attached as **Exhibit 3** is a true and correct copy of the Deposition of Dr. Monica Eppinger.

7. Attached as **Exhibit 4** is a true and correct copy of the Expert Report of Dr. Monica Eppinger.

8. Attached as **Exhibit 5** is a true and correct copy of the Deposition of Dr. Patricia Cohen.

9. Attached as **Exhibit 6** is a true and correct copy of the Deposition of Dr. Carly Dahl.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of the laws of the United State of America that the foregoing is true and correct.

DATED: October 21, 2025

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

*/s/ Aaron M. Green*
AARON M. GREEN
Deputy Attorney General

*Attorney for Defendants Intervenor Attorney General Raúl Labrador and Members of the Idaho Board of Medicine*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on October 21, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jamila Johnson
jjohnson@lawyeringproject.org

Paige Suelzle
psuelzle@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

*Attorneys for Plaintiff*

Tanya Pellegrini
tpellegrini@lawyeringproject.org

Stephanie Toti
stoti@lawyeringproject.org

Ronell Tshiela
rtshiela@lawyeringproject.org

Kelly O'Neill
koneill@legalvoice.org

*/s/ Aaron M. Green*
AARON M. GREEN