Q. Between 1- and 300?
A. Yeah.
Q. Okay. Any other abortion advocacy groups?
A. Center for Reproductive Rights.
Q. How frequently?
A. Every year for the last four years.
Q. And how much?
A. Probably about the same amount, 300.
Q. Okay. Any others?
A. I think one year I gave a similar-sized donation to an organization that has the initials of Marie Stopes in it, a British advocate of birth control, the MSI or something like that, and I – I only did it once or so, or twice.
Q. Once or twice.
And how much?
A. Probably $100, $200, something like that.
Q. Okay. Any others?
A. An organization that's specifically about abortion? I mean, ACLU and things like that are broader, right? So I can't think of any others.
Q. Okay. Do you have a personal opinion



about what the law should be regarding abortion?
A. I think so, yes.
Q. What is that?
A. I think abortion should be allowed certainly in the earliest months of pregnancy and maybe with some restrictions later on. I'm not saying I'm following the common law here or the three-part Roe decision. I'm just saying that I'm very comfortable with early-term abortion, but less comfortable – I think, probably most Americans would say this – with very late-term abortion.
How one draws the line is, you know, something I don't know how to do. But I think women should have autonomy over their own bodies. I mean, they should not have to have other people's permission to do this.
MR. GREEN: Understood. That's it for us. Thank you, Doctor.
MS. TOTI: Could we take maybe 20 minutes and come back at 25 after the hour? Would that be okay for everyone?
(A recess was taken from 1:06 p.m. to 1:45 p.m.)
EXAMINATION
BY MS. TOTI:
Q. Dr. Cohen, I have just a few more



questions for you.
On direct, do you recall Mr. Green – sorry, I need to wrestle the questions away from my cat.
Do you recall Mr. Green asking you about exceptions to common law prohibitions on post-quickening abortion?
A. Yes.
Q. Is it your understanding that the common law prohibited therapeutic abortions after quickening?
A. No, that's not my understanding. The common law is – common law as interpreted through treatises in various places, and I've not seen any provision that would prohibit any – any justifiable medical intervention in a pregnancy post-quickening.
Q. Okay. And do you recall on direct being asked about doctors trained at Harvard and Yale who were sometimes criminally charged for providing abortions?
A. Yes.
Q. Were any of those charges related to therapeutic abortions?
A. No.



Q. And do you recall being asked about the language of the Massachusetts 19th century abortion statute?
A. Yes.
Q. Have you memorized the text of every abortion statute in the 19th century?
A. I have not.
Q. Is it possible that other statutes – other states have statutes that were structured similarly to the Massachusetts statute?
A. Yes.
Q. As a historian, if you wanted to answer that – find the answer to that question, how would you go about it?
A. I'd turn to the volume by Eugene Quay, a very long article in a journal, but it was many hundreds of pages long, and I'd use the search feature to search for the terms of the Massachusetts law about malicious and unlawful being unjustifiable reasons. So I think that would quickly bring them to the surface.
Q. And do you recall on direct being asked about – being asked some questions about Drs. Parrish and Russell who are referenced in paragraph 12 of your report?

Page 134

A. Yes.
Q. Did you find evidence that those doctors did not believe that abortion was justifiable for mental health reasons or was there simply an absence of evidence on that specific point?
A. There was an absence of evidence.
Q. So you're not sure one way or the other?
A. Say it again?
Q. So you don't have any evidence one way or the other?
A. I don't.
Q. Okay. During the 19th century, are you aware of any doctor being convicted for performing an abortion for mental health reasons?
A. I've not run into that. I'm not aware.
Q. And during the 19th century, are you aware of any doctor being convicted for performing an abortion for physical health reasons that weren't life threatening?
A. I'm not aware of any.
MS. TOTI: Thank you.
That's all I have for redirect – I'm sorry. Yeah, direct.
MR. GREEN: Cross.
MS. TOTI: Cross? That's all I have on cross.

Page 135

MR. GREEN: All right. We'll just have – go off for 30 seconds or so. We'll be right back.
(A discussion was held off the record.)
MR. GREEN: We're back on, and I don't have anything further. We're good.

(The deposition concluded at 1:50 p.m.)
* * *
(Signature was requested.)

Page 136

REPORTER'S CERTIFICATE

STATE OF IDAHO )
) ss.
COUNTY OF ADA )

I, REBECCA MARTIN, Certified Shorthand Reporter and Notary Public in and for the State of Idaho, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn remotely by me to testify to the truth, the whole truth and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to text under my direction, and that the foregoing transcript contains a full, true and verbatim record of said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 6th day of August, 2025.

________________________

REBECCA MARTIN
RPR and Notary
Public in and for the
State of Idaho

My Commission Expires: 08-27-2030

VERIFICATION

STATE OF IDAHO
COUNTY OF ADA

I, PATRICIA COHEN, PhD, do hereby declare that I am the witness in the foregoing deposition, taken July 24, 2025. I have made any corrections, additions, or changes I deemed necessary as noted below to be appended hereto, and that the same is a true, correct, and a complete transcript of the testimony given by me.

| Page | Line | Currently Reads | Should Read | Reason |
|---|---|---|---|---|
| 22 | 23 | James Moore | James Mohr | proper name spelling |
| 24 | 11 | Moore | Mohr | " |
| 24 | 13 | Moore | Mohr | " |
| 25 | 7, 11, 24 | Moore | Mohr | " |
| 30 | 4 | 18-- | 1846 | incomplete year |
| 46 | 16 | no other right | no other rights | transcription error |
| 46 | 17 | rights is | rights-- is | restoring silent punctuation |
| 48 | 19 | M | M.D. | incomplete abbreviation |
| 66 | 22 | we'd | they'd | transcription error |
| 82 | 8 | heath aperture | pelvic aperture | transcription error |
| 108 | 17 | to exclude on | . . . | transcription error; I can't recall the original statement |
| 111 | 6 | historic | historical data | transcription error |
| 116 | 1 | Gauge | Gage | proper name spelling |
| 117 | 8 | Gauge | Gage | " |
| 120 | 9 | Everett | Endicott | transcription error |

Patricia Cohen
PATRICIA COHEN, PhD

On this _____ day of ________________, 20__, ______________________ personally appeared before me and did execute the above record for the purposes stated herein.

_____________________________
Notary Public
My commission expires

(Seal)

Exhibits

**Exhibit 1 - Cohen** 4:9 57:8,10

$

**$100** 130:18

**$15,000** 8:21

**$200** 129:24 130:18

**$350** 8:22

1

**1** 4:9 57:8,10 96:16

**1-** 130:1

**10** 46:4 57:1 59:19 83:12,13 92:17 105:8 129:23

**10-year** 105:9

**100** 86:2 129:24

**11** 69:19 86:1

**11:06** 57:4,5

**11:16** 57:4

**11:17** 57:5

**12** 30:5 31:14,19 87:15,17 88:8 92:17 133:25

**12-year** 85:15

**12:00** 90:23

**12:05** 90:22

**12:08** 90:23

**12:40** 114:25 115:2

**12:41** 115:2

**12:57** 127:14

**13** 89:10

**14** 89:24

**14th** 18:3 33:8,11,16,18 34:8,16 42:19 43:2,6

**15** 69:19 85:14 127:12 129:23

**15-** 127:7

**16** 90:15

**17** 90:25

**18** 93:10

**18-** 30:4 62:12 77:12

**18-622** 41:15

**1803** 15:17

**1817** 60:18

**1819** 60:17

**1820** 56:4,8 58:5

**1820s** 58:3

**1827** 60:21 97:5

**1830s** 11:8

**1834** 65:19

**1836** 60:22 99:20

**1839** 61:5

**1840** 68:8 116:1,22 117:16

**1840s** 58:23 63:5 65:16 79:3 121:5

**1843** 100:18 102:5

**1845** 43:21 62:11

**1848** 101:21

**1849** 101:22

**1850s** 62:13 64:21 96:9 97:14,16 115:6,13,15 118:9

**1853** 16:20

**1854** 111:3

**1857** 115:17 117:20

**1858** 37:2,14,15 39:5 97:17

**1859** 37:14 85:11

**1860** 62:7 110:21

**1860s** 30:22 31:9 33:25 71:7 88:2

**1865** 70:14,24 88:6

**1867** 97:3

**1868** 73:14 97:13 110:20

**1870s** 105:17 106:3,4,5

**1873** 17:9,12

**1875** 74:15,22

**1880s** 17:18 87:19

**1889** 106:17

**1890s** 31:10,12 121:16

**1899** 74:22

**18th** 10:17 24:2,4 45:24 46:15 92:1,3,6 93:6,25 98:2 112:17

**19** 60:18

**19-teens** 31:13

**1900** 56:9

**1907** 39:9

**1920s** 75:17 87:19

**1929** 30:22

**1968** 7:8

**1970s** 106:3

**1976** 7:11

**1990** 25:10

**19th** 10:17 11:1,19,20,23 14:21,22,23 15:9 16:13 19:21 23:20 26:9 32:8 46:1,16 49:21 50:13 52:7 55:1 58:18,22 62:23 68:5 70:12 72:11,17 74:18,21,25 77:12 86:14 88:22 91:2,8,11,19,25 92:4,5 93:2,24 94:9 98:3 108:21 112:18 113:5 120:24 122:14 124:10 133:2,6 134:12,16

**1:00** 127:14

**1:06** 131:22

**1:30** 127:2

**1:45** 131:22

**1:50** 135:8

2

**20** 43:25 100:4 131:19

**20-minute** 127:7

**200** 96:16

**2013** 8:4,5

**2014** 8:4

**20th** 14:22 51:5 72:11 74:18 75:1 89:25 105:15

**21** 99:9

**23** 99:24

**243** 44:19

**25** 131:20

**250** 73:13 110:9
**26** 103:1
**27** 104:24
**29.9** 62:23

**3**

**3** 33:18 57:20
**30** 22:24,25 62:20 85:13 95:10 104:25 135:3
**30,000-foot** 7:18 18:10
**300** 129:24 130:1,9
**31** 106:12
**36** 4:10
**37** 109:4 111:23 115:5
**39** 119:9

**4**

**4** 74:16 84:18,19
**40** 22:21,25 122:8
**40s** 62:11
**42** 74:16
**45** 90:19
**47** 126:1,2

**5**

**50** 32:3 111:12
**50s** 63:5
**57** 4:9
**59** 37:2
**597** 44:19

**6**

**6** 57:21,23
**60** 32:3

**7**

**7** 72:7 97:17
**70s** 106:2

**8**

**8** 31:14,19 77:4 78:21 92:17 97:3,17
**80s** 105:18

**9**

**9** 79:19 97:17

**A**

**a.m.** 57:5
**Aaron** 5:17 26:10 110:14,23 114:22
**abashed** 122:2
**ability** 6:21 55:12 79:5
**abortifacient** 99:25 100:9 102:22
**abortion** 7:15 9:14 10:20,22 11:15 12:5,15,17 13:8 14:17 15:17 16:7,13, 14,18 17:1,4,13 19:10 26:8 30:16,19, 21 31:6,14,24 34:17 36:4,5,6 37:4 38:9,12,15 40:24 42:17,18 43:4,7 44:20,21,22 45:4,6,7,8 46:15,23 47:7, 17 50:13,15 51:4 52:9 53:11,25 55:17 59:1,23 60:9 61:6,13,16 62:15,21,22 63:7,12 64:7,14,16 65:12,17 66:3,20 67:2 69:8,16 71:22 74:14,16,18 75:6, 9,11,23 76:7,12,17 77:7,14 80:2,17, 23,25 82:13,20,22 83:1,3 84:11 85:3, 11,17,20 89:2,21 91:1 92:9,18 93:6,7 94:10,15,16,18 95:16,17 96:1,22,24 97:8,18,24 98:17,25 99:12,16 100:16, 19,25 101:11 103:20 105:4 106:10 108:9,12,16,21 109:1 112:4,10,17 113:6,13 115:20 116:2,24 117:13 119:19,23 122:4,11 126:7 127:20,25 128:2,15 129:9,15 130:3,22 131:1,4,9, 11 132:7 133:2,6 134:3,14,18
**abortionist** 98:18 103:17
**abortionists** 64:8
**abortions** 13:12 14:3 24:3,6 33:2 35:23 43:17,18,22 52:1,5 58:2,5,7 61:21 62:1 63:20 64:7,13,15 67:6,9,18 70:15 71:16 75:21 77:23 81:22,24 84:21 87:22 88:13,14 89:17 90:9 91:7, 12,15 95:6,19 96:13 97:3,6,19 98:9 101:15 103:9,22 104:8 105:20 107:15 110:3 114:5 115:17 118:4,12 119:16 123:6 132:10,21,24
**absence** 124:14 134:5,6
**absolutely** 18:25 22:14 121:11 122:13
**abstinence** 52:8
**abundant** 103:9
**academic** 127:23
**accept** 113:7
**accepted** 73:4 95:18
**accepting** 114:5
**accidental** 122:9
**acclaim** 60:8
**account** 63:14 79:12 84:2 85:22
**accountable** 65:24
**accounts** 31:20,21,22 108:16 115:7 120:15,16
**accurate** 21:4,5 36:14
**accused** 17:19 35:23 43:23
**acknowledging** 115:20
**ACLU** 130:22
**acquittal** 39:5
**act** 54:17 55:10,13 84:12 91:19 125:10,13
**acted** 79:17
**action** 78:3 82:10 83:24
**actionable** 63:18
**actions** 79:20 80:1,22
**active** 8:10 11:4 105:5
**acts** 53:15,17,20 54:9,11,15 55:7
**actual** 28:12 44:2
**add** 17:15 23:25 80:10
**added** 42:25 44:5 68:22 101:16
**addition** 80:1
**address** 107:3
**adds** 81:4
**adjust** 113:7
**admitting** 123:7
**adopt** 65:12

**adopted** 71:23
**adoption** 33:10
**ads** 119:14
**advances** 121:6
**advantage** 18:15 46:7 121:20
**advent** 103:24
**advertise** 103:22
**advice** 98:16 99:1,3 108:3
**advised** 24:21
**advocacy** 128:3,16 129:2 130:3
**advocate** 130:13
**affect** 25:20
**affirming** 83:24
**Africa** 102:22
**African** 100:9
**afternoon** 40:1
**agree** 27:14 44:24 53:14 54:2 55:4 90:4 91:3 93:4 94:19 97:21,25 98:8,22 99:10 105:3
**agreed** 12:19 21:24 24:25 51:24 52:1 124:21
**agrees** 64:5
**Ah-ha** 115:23
**ahead** 42:8 52:3 68:1 72:5,6 78:7 83:7 95:22 126:2
**aim** 127:24
**Albany** 66:13
**Alito's** 41:25
**alive** 60:11,13 80:20
**allowable** 85:20
**allowed** 40:25 41:1,4 102:13 131:4
**alongside** 121:9
**alternatively** 94:22
**AMA** 105:23 126:6
**amassing** 30:15
**amazing** 100:20
**Amendment** 18:3 33:8,11,16,18 34:8,16 42:19 43:3,6
**amendments** 18:7 46:5
**amenorrhea** 98:3 113:22
**America** 14:17 15:20 45:16 69:9 92:10
**American** 7:9,12 10:16,17 12:12,16 14:7,8,18 15:1,8,14,23 16:1,4 48:8 49:19 61:16 91:7,10
**Americans** 15:22 131:10
**Americas** 91:1,16
**amicus** 9:2 12:21 128:3,16
**amount** 130:9
**amounts** 129:24
**anachronism** 121:4
**anachronistic** 46:18 70:17 82:21
**analysis** 43:13
**anatomy** 11:11
**anecdotal** 108:19
**angle** 32:21
**anonymous** 106:13
**answers** 6:15,22,25
**antebellum** 31:21
**Anti-abortion** 122:13
**anticipated** 28:1
**anymore** 56:22
**aperture** 82:8
**apologize** 50:24 58:11 78:11
**apothecary** 95:7
**apparently** 79:15
**appealing** 29:13
**appearance** 79:16
**appeared** 63:8 79:9 84:3 102:4 103:10
**appellate** 36:7
**appendices** 42:21
**applied** 55:5 100:20 101:20,23
**apply** 19:1 113:11
**applying** 124:8
**apprenticeship** 48:18
**approval** 112:9
**approved** 36:22
**area** 10:9,10,12 120:8,23
**areas** 12:4
**argument** 61:10
**arguments** 27:21
**arise** 25:6,9 33:2
**Arkansas** 105:13
**arrest** 40:3
**arrested** 39:11,12
**arresting** 119:1
**arrived** 79:11
**article** 19:11 26:8 75:17,19 76:17 122:16 133:16
**articles** 14:2 21:13 103:13
**articulated** 46:4
**articulating** 31:18
**aspect** 33:2
**assistants** 110:16
**Association** 48:8 105:25
**assume** 88:15 92:20 94:17 97:22 123:11
**assumed** 12:25 38:7 45:10
**assuming** 103:10
**attention** 14:23 15:24 16:2 25:19 94:15 115:6 118:12
**attorney** 5:18 10:8 63:12
**audible** 6:15
**audience** 81:20 82:1 106:21 107:22, 24,25
**audio** 40:22
**authentic** 21:5,16
**author** 19:6 29:18
**authorities** 17:16 70:12 100:18
**authority** 73:25
**authorization** 55:19,24
**authors** 22:18
**autonomy** 49:25 50:6 131:14

**avoid** 78:11 80:25 123:10
**avowal** 126:7
**aware** 35:18 64:19 85:24 101:13 102:23 134:13,15,17,20
**awry** 113:17

B

**BA** 7:8
**baby** 82:9,12 83:9 109:23
**baby's** 87:11
**back** 25:25 26:25 39:16 40:1 42:20 54:10,16 57:4 60:1 74:23 85:15 90:22 101:7 102:6 105:24 114:25 126:22 127:8 131:20 135:3,5
**backdrop** 112:3
**background** 5:21 7:3 28:19
**backroom** 64:9
**backup** 52:9
**bad** 76:8
**badly** 91:8
**balance** 87:21
**Bangs** 99:21
**Barbara** 7:21
**barebones** 32:10 99:14
**base** 78:25
**based** 39:6 84:9
**basic** 92:9
**basically** 17:6,13 29:9 42:24 87:12 92:19 105:16
**basis** 44:10 83:22 93:20
**Beck** 59:13 60:20
**Becky** 50:21 127:10
**Bedford** 63:2,15 78:14,15,22
**began** 59:24
**begin** 10:22 59:8 89:24
**beginning** 60:3 65:15 125:18
**begins** 58:25 59:13 61:6 62:10
**behavior** 19:19 84:13
**belief** 66:20 74:4 120:21
**believed** 124:12
**bell** 76:20
**benefit** 44:18
**Berkeley** 7:11,18
**big** 50:14 61:15
**biggest** 118:1
**bills** 118:2
**binary** 43:11
**binder** 57:12
**biography** 62:24
**birth** 52:7,10 87:10 109:21 130:13
**birthrates** 52:6 92:14
**bit** 15:12 24:21 41:23 63:21 78:13 111:24 126:2
**black** 40:8 104:16
**Blackfoot** 32:1
**Blacks** 100:20 101:15
**block** 120:10
**blocked** 124:16
**blog** 12:11
**blood** 96:3 124:15
**bluebook** 59:19
**boarding** 120:7,11,18
**bodies** 11:10 125:23 131:14
**body** 94:19
**Boggles** 48:20
**bogus** 108:15
**boiling** 42:23
**book** 11:1 16:10,18 17:8 21:8 22:23 27:4 51:22,24 52:23 59:20 60:7,21 100:22
**books** 21:4,7 27:9 29:8 48:1 60:24 77:17 93:24 112:22
**bookshelf** 17:20
**born** 60:11,14 80:20
**Boston** 117:21 120:9,10
**botched** 36:6
**bottle** 95:8
**box** 40:8 104:16
**Boy** 9:15 112:23
**boyfriend** 39:13,14 40:11
**brackets** 47:7 73:1,2,3
**brags** 122:16
**brain** 30:25
**break** 6:11 56:25 90:18 114:23 126:17,21 127:2,5,7
**breaks** 6:8
**briefs** 9:2,22,25 22:8 128:3,16
**Bright's** 86:7,10,13
**bring** 133:21
**brings** 21:12
**Britain** 49:21
**British** 130:13
**broad** 54:14
**broader** 53:21 55:11 72:17 81:4,6,12 130:23
**broadly** 51:1 75:5,6 81:19
**brother** 60:19
**Brown** 34:24 35:24 71:20 83:13 84:19,25 85:2,7,8,9,14
**Buffalo** 51:21
**business** 26:19 56:5,7,8,12,14,16
**businesses** 56:10
**busy** 22:5

C

**C-L-I-N-E** 5:14
**C-O-H-E-N** 5:15
**cabin** 72:13
**California** 7:21
**call** 18:18 37:14,15 69:25 80:2 87:4 90:25 106:13 107:13 112:1 121:8
**called** 17:22 38:14 52:24 63:5 69:5
**campaign** 62:7,8 126:6
**Campbell** 64:20,23 65:2

**campus's** 111:4
**cancer** 81:13
**canon** 63:22
**capacious** 67:20
**card** 89:4
**cardiac** 81:12
**care** 120:6
**career** 7:22,23 11:18 40:16 62:14 121:7
**carefully** 42:9
**carriages** 98:20
**carry** 110:19
**carrying** 56:12
**case** 6:2 8:20 9:5,6,7,10,11,18,19 12:2,17 14:11 15:3,6 17:17,18 19:9 20:16 21:21 25:15 26:23 28:6 30:11 33:1,12 34:25 37:1,3,5,14,15 39:5,8 41:21 45:14 47:15 59:6 60:17 61:13,14,16 62:14 66:3 75:2 78:14 79:12 82:4,8,24 83:5,8,14 84:2,3,20 85:5,8,11,17,20 93:5 97:13,14 99:8,11,19 104:15 114:12 115:25 116:1,17,22 117:5,10,12,15,19 118:6 122:1 128:19
**cases** 9:4,9 20:18 26:9 27:11 29:7 31:8,10,14 33:3 35:1,9,10,17,21,25 36:7,8 37:24 38:21,25 43:15,22 64:8,14 71:20 73:11,13,23 74:24 75:1 80:5 85:13 96:16 98:17 101:14 103:18 104:9,12 110:9 111:12,21 118:20 120:6,15 124:4,8
**cast** 100:18
**cat** 132:4
**categories** 109:5
**category** 51:2
**Catholic** 17:14 63:3
**Catholicism** 17:5
**cattlemen** 94:13
**caught** 75:21
**caveat** 19:20 64:1
**cavity** 96:5
**celebrated** 85:12
**Center** 130:5
**centering** 102:7
**central** 16:19 42:15 111:11
**century** 10:17 11:1,20,23 14:22,23 15:9 16:13 19:22 23:20 24:2,4 26:9 32:8 45:24 46:1,15,16 49:21 50:13 51:5 52:7,25 55:1 58:18,22 62:23 68:6 70:12 72:11,18 74:18,22 75:1 77:12 86:14 88:22 89:25 91:2,11,20,25 92:1,4,5,6 93:2,7,24 94:1,9 98:3 104:21 105:15 108:21 112:17,18,19 113:5 120:24 122:14 124:11 133:2,6 134:12,16
**challenge** 9:13 28:8 73:15,20 74:3
**challenged** 70:11 73:15,19 75:3
**challenges** 74:5
**chamber** 116:8,12 119:1
**change** 25:24 62:5
**changed** 117:10
**chapter** 74:15 98:3,4
**characterization** 91:4
**characterized** 23:5
**charge** 108:22
**charged** 45:11 64:15,17 132:20
**charges** 132:23
**chase** 18:21
**chasing** 18:22
**Chauncey/nixon** 61:14
**checklist** 78:1
**cherry-picking** 28:15
**Chicago** 7:6 96:9 97:2,13,15 107:5 108:1
**chief** 96:8
**child** 60:10,13 80:4,18,19 87:13 113:10,23 114:13,17 118:24
**children** 19:17 92:17
**choice** 16:14 80:25 95:19
**choose** 14:9 29:3 52:15
**chose** 14:4 80:21
**circumstances** 41:5,9 74:2 80:19 82:23 85:19 95:12 100:13
**cite** 35:12,25 52:22 74:14,15 75:14 77:13,15 84:19 106:12 112:6
**cited** 41:20,24 61:2 62:9 71:9
**city** 30:1 118:1
**civil** 46:25 47:10 68:20,21 70:23
**claim** 38:9 42:24 71:15 73:19
**claiming** 25:2 36:4 73:17 74:9 89:2
**claims** 61:18
**clarification** 6:6 50:19 93:9
**clarifications** 129:7
**clarify** 12:6 20:23 41:23 47:14 119:8
**clear** 15:14 35:14 39:24 40:15,23 41:14 43:6 84:20
**Cline** 4:10 5:13
**clinic** 127:21
**close** 15:24 20:5 27:13 43:13
**closely** 13:20 15:16 29:15 56:8
**clue** 61:22,24 94:7
**clustered** 120:8
**co-authored** 9:2
**co-authoring** 9:21
**code** 41:15 72:9,20,22 98:9,11
**coded** 52:21 53:8,10 97:24 98:15 112:13
**codes** 46:12
**coffee** 32:19
**Cohen** 4:3,10 5:3,11,13,15 57:6 90:24 127:15 131:25
**cohort** 62:25
**cold** 125:3
**collaborating** 26:8
**collected** 74:24
**collection** 30:15
**collections** 109:20
**college** 59:19,21 96:11
**colonies** 91:7,11
**Colorado** 71:4
**colors** 28:21
**combine** 127:6

**comfortable** 131:9,10
**comment** 24:9 122:8
**commentary** 33:17 38:6 122:10
**commented** 66:4
**commenting** 75:6
**committees** 90:1,5
**common** 24:3 44:22 45:6 53:15,17,20 54:9,15 58:2,4,7,19 99:17,20 112:17 121:13 131:7 132:6,9,13
**commonly** 52:10 115:21
**Commonplace** 12:15
**Commonwealth** 34:24 84:19
**compared** 118:11
**compartmentalized** 15:12
**complete** 69:6 72:12
**completed** 24:24
**completely** 23:16 24:25 40:12
**complicated** 46:3 97:1
**comprehensive** 69:6,7
**computer** 18:18 111:4,20
**concentrated** 95:9
**concept** 28:13 49:25 50:6 113:11 114:11
**conception** 58:25 59:13,25 60:3 61:7,9 62:10
**conceptus** 125:5,9,17
**concern** 94:13 95:1 101:9 106:9 115:14,16
**concerned** 11:15 126:17
**concerns** 115:7
**conclude** 43:5 92:18 108:10
**concluded** 135:8
**conclusion** 73:10 78:25
**conclusions** 28:5 31:4 42:12 44:11
**concretely** 110:2
**condemned** 53:22,25 56:19
**condense** 87:14
**condition** 41:13 70:20 78:23 87:7
**conditions** 68:13 81:15 90:9
**confer** 77:5
**conference** 13:1,7,10,11
**conferences** 27:17
**conferred** 23:9
**confine** 55:15
**confined** 28:7
**confining** 14:23
**confirm** 20:25
**confirmed** 79:16
**confirming** 13:22
**congress** 34:1
**Congressional** 33:15,22,25
**connect** 33:16
**Connecticut** 65:15 99:9
**connection** 112:11
**consenting** 50:15,16
**consideration** 81:5,7
**considered** 35:2,7 44:20 45:5 46:24 47:8 49:20 53:5 54:17 55:11 68:13,16 69:7 84:22 114:17
**constitution** 18:4,7 33:20 46:5
**constitutional** 45:18
**construe** 53:6
**consult** 23:3 113:21
**consultant** 59:14
**consulted** 22:11,16 41:8,15 67:15
**consulting** 26:18,22
**contemporaries** 78:16
**contemporary** 46:3 77:11
**content** 103:3,5 104:5
**context** 28:17 82:24 96:21
**continued** 93:1
**continuously** 8:11
**contracted** 56:7 87:9
**contracting** 56:5
**contractions** 94:3 114:1
**contrary** 104:2,5,11
**contrast** 115:5,25 116:16,17
**contributing** 52:5 129:3
**control** 52:7,10 109:21 130:14
**conversation** 5:22 24:14 123:15,20
**conversations** 23:1 25:7 128:23
**converted** 17:5
**convict** 76:1
**convicted** 36:17 37:9,11 38:8 39:14,21 43:24 85:10 104:14 134:13,17
**conviction** 37:4 85:14
**convictions** 104:19,20
**convicts** 36:12
**convince** 36:17
**convulsions** 86:18,23 87:1,4,5,7
**copies** 21:5,17
**copy** 13:19 57:11
**corner** 29:23,24,25 30:7
**coroner's** 32:4 104:15 109:6
**corpus** 46:6
**correct** 16:21 38:1 43:9 48:5 51:8 54:18,22 57:25 79:24 88:3 90:6 101:20 106:17 107:23 118:21
**cotton** 99:25 100:8 102:15,18
**counsel** 26:22 57:16
**Counsels'** 44:18
**count** 58:23
**counted** 31:13
**counter** 20:22
**country** 15:20 31:8 48:18 64:4
**couple** 5:21 11:1,7 12:1,3 16:11,12 17:5,17 33:13 47:21 63:23 109:4 112:5 115:12 122:18 127:15 129:7
**court** 6:13 32:9,13,20 35:13,14 36:18 38:11 39:18,19 50:19 58:11 71:19,20,21 84:5,6,9 85:18,23 99:14
**Court's** 83:24 84:1,15
**courts** 10:4 14:6 36:10
**covered** 31:18

**COVID** 18:14
**craniotomy** 87:12
**create** 106:8
**Creeping** 72:10
**crime** 120:2
**criminal** 43:8 49:2 55:20 62:6 72:9 83:2 96:24
**criminalization** 112:10
**criminalized** 42:18 97:3,5
**criminalizing** 43:4
**criminally** 74:5 132:20
**criminals** 53:24
**criteria** 35:19 90:5
**criticism** 26:14
**criticisms** 94:23
**critique** 25:2 27:6 58:18
**cross** 134:24,25 135:1
**crosstalk** 37:16 42:7 50:9 52:2
**culture** 30:19
**current** 8:7
**cut** 26:15 58:12
**cuts** 40:22
**CV** 9:1
**cycling** 125:23

**D**

**damage** 73:18
**danger** 87:21 96:1
**dangerous** 96:25 104:8
**dark** 124:5
**Dartmouth** 48:17
**data** 29:15 35:10,22
**database** 110:9,13,18 111:3,15
**databases** 18:13 111:5,21
**dataset** 73:13
**date** 21:10 111:10
**dates** 60:18
**David** 85:9
**Davis** 26:7
**day** 12:10 66:12 68:2 113:11 127:9
**days** 23:8,12 100:9
**dead** 60:14 110:4
**deadline** 71:6
**deal** 27:5 103:16
**dealing** 78:23
**death** 39:10 70:8 80:18 87:8
**deaths** 118:4
**debate** 15:16 27:19
**debates** 33:10,15 34:1,20
**debating** 27:18
**decades** 47:9
**decide** 27:6 103:16
**decided** 84:9
**decision** 12:11,20 34:16 41:24 42:9,16,21 43:5,10 44:13,14 45:15 70:10 84:11 87:22 99:22 131:8
**decisions** 35:6,13,14 50:8 90:13 112:4
**declarations** 109:7 110:10
**decline** 19:21 52:6
**defendant** 117:2
**defense** 35:24 36:2,11 37:20 38:8,25 40:5
**define** 69:2 70:2
**degree** 7:5,7,8,10 11:3 48:19 54:25
**degrees** 64:10,11
**delay** 78:12
**deliberately** 95:2,4 121:21
**Delivered** 106:21
**delivery** 80:5,7,12 82:11 83:6 87:2
**Dellapenna** 15:7 22:19 24:17 25:2 33:4 93:5
**Dellapenna's** 23:4
**demographic** 11:16
**demography** 10:24 11:14
**departs** 125:19
**depending** 90:5 100:13
**deposed** 5:19
**deposition** 5:18 57:9,10 135:8
**depositions** 8:22 109:6
**deputy** 56:11
**describe** 79:21 82:23
**description** 84:1
**desk** 18:14
**desperate** 96:18
**desperation** 95:15
**detail** 103:9 107:7 119:1
**detailed** 117:15
**details** 117:4,19
**determine** 127:1
**devoted** 59:22
**die** 68:4 95:10
**died** 17:23 56:11 62:17,19 104:10 115:19 117:18
**differ** 63:13
**difference** 105:7 120:1
**differently** 69:23
**digitized** 18:13
**dire** 79:15
**direct** 132:2,18 133:22 134:23
**disagree** 42:6,11 44:17
**disagreed** 107:22
**disagreement** 25:1 44:10
**disallowed** 42:17
**disappears** 104:16
**disapproval** 112:10
**disapproved** 52:11 55:7 122:3
**disciplined** 8:14
**discourse** 34:6
**discredited** 29:8,10
**discuss** 23:13 37:13 82:19 89:10,25 90:25 109:4 128:23

**discussed** 26:3 37:12 51:3 128:17 129:12

**discussing** 49:18 104:25

**discussion** 34:13 75:13 102:7 135:4

**disease** 86:7,10,13 87:20

**disgrace** 84:8

**disgraceful** 84:12

**dish** 60:15

**dishonest** 74:7,8

**dishonesty** 74:6

**dismissed** 94:20

**dispute** 82:7

**disputed** 59:7

**disregarded** 15:20

**distinct** 109:13

**distinction** 18:23 20:2 25:25 43:19 44:24 45:1,2 50:14 58:19 89:16

**distinguished** 96:12 122:19

**distribution** 103:25

**district** 63:11

**do-over** 17:6

**Dobbs** 9:5 12:9,11,19,21 26:19 34:15 41:20,23,24 42:12,16,21 43:10 44:11, 13,14 45:15

**doctor** 5:16 16:22 19:11 36:3 37:4,19 39:9,23 48:18 50:24 51:21 59:12 61:3 63:1 68:7 73:16,20,24 74:4,8 76:15, 16,25 77:1 78:3 83:18 88:18 89:1,2 95:25 97:11 111:13 113:21 116:3,7,14 117:1,24 118:6 119:5 121:5,8 122:20 123:10,18,21 124:19 126:8 131:18 134:13,17

**doctor's** 36:25 74:7

**doctors** 14:2,7 15:15,23 35:22 48:4, 15 49:1,9 52:11 58:24 59:3,5 60:24 62:19,25 64:3,5,12 66:1 67:23 70:10 73:24 75:3,6,9,19,20 76:11 77:11,20, 22 78:2 81:14 82:7,14 89:8 90:8 95:24 96:8 120:6 121:13,16,25 122:2,19 124:4,8,9,23 125:8 126:3,5 132:19 134:2

**doctrine** 125:2,4

**doctrines** 124:22,25

**document** 24:24 28:10,12,13,17,22 75:14

**documents** 105:24 109:11

**dominating** 61:14

**donated** 129:18

**donation** 130:12

**donations** 129:17

**Donner** 30:3,6

**door** 71:18

**dosages** 94:5

**dose** 94:4,24

**Double-checking** 20:15

**draft** 25:23

**drafting** 13:10 47:25 49:25 109:14

**draw** 31:4

**drawn** 42:12 96:3

**draws** 75:15 131:12

**drink** 95:9

**drivers** 92:9

**driving** 55:21

**drove** 29:25

**Drs** 133:24

**due** 23:9

**duly** 5:4

**dumped** 116:12

**dying** 86:25 109:6 110:10

**E**

**e-m-m-e-n-a-g-o-g-u-e-s** 93:15

**E-V-E** 64:25

**earlier** 13:2 14:17 21:20 112:12 124:3

**earliest** 131:5

**early** 7:12 10:16 11:9 12:13,16 17:3 20:16 30:5 39:10 46:16 48:6 52:24 58:22 69:17 74:18 80:5,7,11 82:5 112:21

**early-term** 52:5 119:16 131:9

**easily** 68:6

**easy** 69:13

**eaten** 79:14 94:10,11

**Edinburgh** 122:24

**edited** 76:14

**editor** 66:6

**effect** 74:1 92:25 94:2,19

**efficacious** 99:25

**efforts** 128:3,16

**elaborate** 27:10

**elements** 18:6

**elixirs** 65:22

**Ellenborough's** 15:18

**elongate** 24:21

**embraces** 124:20

**embryo** 61:8

**emendation** 25:23

**emmenagogue** 97:23 121:22

**emmenagogues** 93:12,13,14 98:4

**emphasized** 24:23

**employed** 7:17,20 117:12

**employer** 117:11

**employment** 8:8,14

**emptying** 79:17

**EMTALA** 41:10

**enact** 57:24

**encountered** 35:21 51:9

**end** 66:11 72:11,17 73:3 84:7 92:10 94:25 97:11 102:4 105:6 110:22 125:19

**ending** 98:15 109:1

**engaged** 22:6

**engaging** 55:7

**England** 14:14 15:18,25 17:2,18 66:3 92:15 99:18

**English** 14:6,20 15:9,15 17:16

**enslaved** 54:21 55:9,12 101:6 102:17

**ensure** 20:13 27:2

**entered** 34:17

**entitled** 52:15
**entitles** 78:3
**environment** 20:20
**Eppinger** 23:10,13 125:5
**Eppinger's** 15:7 93:22
**equipment** 92:19
**era** 10:11 48:11 68:11 109:8 121:18
**ergot** 94:1,2,12
**escort** 127:21
**essay** 12:14 37:24 89:10
**essays** 25:10
**essentially** 32:12 111:17
**established** 45:20
**Estelle** 22:22 24:11,20 25:7,23
**ether** 125:20
**Eugene** 68:23 69:3 133:15
**Europe** 60:7
**evaluating** 112:4
**Eve** 64:20,23,24,25 65:2
**events** 27:25
**eventually** 86:13 101:19
**Everett** 120:9
**everyone's** 99:6
**evidence** 27:20 36:19 39:20 83:23 84:9 91:1,11,13,17,23 92:6 100:16 108:19,20 134:2,5,6,9
**exam** 89:11,16
**EXAMINATION** 5:8 131:23
**examine** 41:19 47:23 50:10
**examined** 5:6
**examining** 18:2
**examples** 59:9
**exception** 35:15 57:25 59:16 67:5,20 70:1 71:1,10,11 72:8,14
**exceptions** 14:16 58:6 67:8 68:19 77:22 132:6
**excessive** 78:4
**excitement** 18:20
**exclude** 108:17
**exclusively** 102:19
**excuse** 12:24 74:14 78:24 91:8 119:11
**Exhibit** 4:9 57:8,10
**exhibited** 80:13
**exist** 51:6 110:6
**existed** 51:4 58:7 75:11
**exists** 47:16
**exonerated** 97:11
**expansive** 14:16
**expect** 80:4
**expectation** 111:8
**expected** 80:19
**experience** 14:18 96:10 112:22 113:25
**experienced** 73:24 93:3
**experiences** 19:8
**expert** 4:9 8:21,24 13:10 22:17 23:14 25:6 30:17 40:14,16,17 47:18,19,25 62:9 63:6
**expertise** 9:24 10:10,13
**experts** 11:2 27:12
**expired** 113:16 120:18
**explain** 11:21
**explicit** 82:25
**exposure** 84:8
**express** 67:12
**expressed** 85:5
**expressly** 39:1 70:23
**extent** 110:6
**extraordinarily** 11:9
**extreme** 41:9 78:20
**extremely** 79:15
**eyes** 44:16

**F**

**fabricate** 20:20
**fabrication** 20:21
**face** 22:25 23:1
**faced** 30:20
**fact** 27:15 53:10,11 74:9 97:12 114:3 121:12
**factor** 52:6
**facts** 20:16
**factual** 28:12
**fail** 43:17
**fair** 11:13 16:1 28:3 43:5 54:8,25 81:3 98:2 120:22 124:9
**fairly** 69:6 103:23
**faith** 74:4 125:11,13,25
**fall** 12:15 52:6 110:24
**familiar** 68:24 82:2
**families** 92:15 119:17 120:16
**family** 22:1 109:20 120:17
**famous** 27:11 29:1,7 62:19 64:3 122:24
**fancy** 60:14
**fanfare** 105:20
**fantastic** 113:8
**fascinated** 33:21
**fascination** 30:5
**fashion** 117:13
**fatal** 68:13,14,16 78:17 86:14 87:7 94:25 96:7,17
**favor** 108:8
**favorite** 65:18
**feature** 42:15 133:18
**February** 30:14
**federal** 9:5,10
**feel** 6:5 69:1 103:7 122:2 123:2
**fell** 48:11
**female** 11:9 84:8 120:11 121:19 124:12
**fertility** 10:24 19:21 52:7
**fetal** 113:15 114:11 115:7 116:8

**fetus** 82:6 116:12,18 117:24 118:13,18 125:17
**field** 10:11 27:13
**figure** 123:19
**files** 35:10 110:17
**final** 25:1 26:13,16 57:16
**finally** 37:3,10
**find** 18:17 20:24 32:9 43:21 51:1 64:7 74:17 86:22 89:8 97:8 100:6 101:14 103:17 107:2 109:18 111:21 126:3 133:13 134:2
**finding** 20:18 21:12 64:14,16 73:11 120:16,17 121:19
**finds** 52:25
**fine** 6:19 57:13,14,15,16 101:5 114:24
**fingered** 40:2
**finish** 50:23
**finished** 26:5 127:16
**fit** 87:11
**five-minute** 90:18 126:21
**fixed** 27:23
**flesh** 55:16
**flip** 21:9
**floated** 60:16
**floating** 60:15
**flowering** 11:23
**fly-by-night** 64:8
**foaming** 95:10
**focus** 14:18 118:18
**folks** 54:10 114:16
**follow** 44:21 45:5,8 90:10 98:4 104:12
**follow-up** 26:1
**fooled** 121:25
**footnote** 49:15 73:9 84:17,18,19 100:4
**footnotes** 13:20,21,24 15:5 29:14
**foresee** 83:7
**forgetting** 63:23
**forgot** 102:2
**form** 78:20 128:5
**forum** 25:9
**forward** 44:14 128:19
**found** 16:13 17:21 38:21 39:8 40:12 59:3 69:18 70:11 73:15 75:8,9 77:19 84:3 88:16,19 89:2 95:12 98:17 100:21 108:20 115:6 118:14,16 119:1 121:16 122:1
**founder** 96:11
**founding** 46:25 47:9 48:8
**four-and-a-half-month** 79:7
**frame** 105:9
**frankly** 121:4
**free** 6:5 69:2 100:24 101:4 103:7
**Freedman** 22:22 24:11,20 25:7,12
**freedom** 45:21
**freely** 111:6
**frequency** 91:23 92:21 108:14,21
**frequent** 112:1,2,20 114:3
**frequently** 81:24 108:22 129:21 130:6
**friend** 20:17 21:19 26:6
**friends** 22:1,7 36:20 110:3,11
**front** 6:2 24:1,22 106:18
**full** 111:9
**full-time** 111:2
**fully** 125:9,11
**fun** 30:2 122:18
**function** 124:11
**funded** 127:24
**fungus** 94:12

## G

**G-A-I-L-L-A-R-D** 86:4
**Gaillard** 86:4
**Gallagher** 117:9
**game** 23:8
**gate** 105:19
**Gauge** 116:1 117:8,14
**gave** 13:12 61:5 65:22 66:1 96:16 116:7 130:11
**gender** 10:18
**genealogical** 20:24
**general** 47:21 49:5 53:18 65:12 77:3,20 81:10,25 112:9 114:11
**generalize** 16:4
**generally** 20:8 22:3 26:15 58:3 67:24 104:24
**generated** 20:4
**gentleman** 64:19 96:20
**genuinely** 98:5
**Georgetown** 69:4,5
**Georgia** 64:20
**germ** 87:19
**gestured** 65:8 86:15 90:3
**girl** 36:4,20 39:10
**girls'** 36:23
**give** 6:22,25 22:15 34:14 44:7 56:2 59:9 90:15 108:2 116:4,5
**giving** 61:11
**Glance** 103:4
**Globe** 33:15,22,25
**goal** 9:21 49:18
**good** 5:10 10:3 20:17 21:19 27:6 31:25 32:21 40:17 56:25 73:21 74:3 92:8 98:16 108:20 135:6
**Google** 21:3,4,7,11
**gosh** 34:16
**gotcha** 7:24 8:6 12:23 13:23 16:5
**Gove** 17:24
**graduate** 7:10 61:19
**graduated** 7:18
**graduates** 121:4
**graduating** 59:21
**grammatically-worded** 91:9
**grand** 104:16
**grave** 94:13

**gravidarum** 78:17

**great** 18:15 26:13 27:5,17 33:24 40:1 58:15 60:8

**greater** 68:9,14 87:20

**greatly** 43:16

**Green** 5:9,17 50:21,23 56:24 57:3,6, 13 58:11,15,17 90:17,21,24 114:24 115:3 126:14,25 127:10,15 128:11 129:6 131:17 132:2,5 134:24 135:2,5

**GREEN................................5** 4:5

**ground** 39:6

**grounding** 30:18

**group** 71:3

**groups** 46:8 54:21 129:4 130:4

**growing** 94:12

**grown** 102:19

**growth** 79:10

**guess** 11:5 29:25 38:19,24 44:9 63:9 80:21 82:12,16 91:16 99:13 104:3 112:5,15 114:10 116:20 126:13,25

**guessing** 25:13

**guilty** 83:15,16

**Gunning** 63:2

**guns** 54:24

**guy** 36:16 37:7,8 61:1 85:23 96:11

**guys** 116:13

**H**

**habeas** 46:6

**hacked** 30:4

**half** 32:19 45:23 63:8 126:22

**hand** 14:11 79:18

**handful** 43:22

**handle** 68:6

**handling** 118:15

**hands** 96:6

**hangs** 60:12

**happen** 9:8 40:4 45:10 68:4 87:2 91:15 93:1 101:13 104:8 112:24

**happened** 37:2,5 39:23 53:23 54:19, 25 85:7

**happening** 24:6 32:15 94:14 102:24 107:15

**happy** 6:8 34:3

**hard** 16:3 54:4 75:25 98:14

**hard-pressed** 55:16

**harder** 127:12

**Harvard** 64:10 132:19

**hats** 108:18

**head** 6:16 14:1 35:9 82:9 87:11 105:23 107:9

**health** 35:15 67:22 70:25 71:5,10,11, 13 81:10,25 82:8 84:21 85:6 88:14,21 89:3 134:4,14,18

**hear** 13:18 22:8 40:19 109:21

**heard** 23:6 65:1 69:1 104:17

**heartbeat** 79:5

**heating** 115:17

**heavens** 53:3

**heavy** 94:4

**held** 38:10 65:23 135:4

**helpful** 6:18 102:10

**helping** 38:9

**helps** 112:16

**hemorrhage** 86:23 114:1,2

**herds** 94:14

**heroic** 122:20

**hesitate** 82:5

**hidden** 92:21

**hide** 84:11

**high** 34:5 40:6 92:21 113:8

**high-level** 35:13

**higher** 51:12 70:11

**highly** 112:3

**historian** 8:11 25:11,14,18 28:18,20 44:16 133:12

**historian's** 28:23 29:5

**historians** 20:9 25:19 27:8,14 28:3 126:5

**historic** 111:6

**historical** 10:24 11:15 18:11 41:19, 23 42:11 44:11 97:23 98:24

**history** 7:9,12 10:3,12,16,17,18 12:16 15:2,8,10 18:3,6 27:22 45:16 46:19 47:23 49:11,19,24 50:10 61:16

**hit** 55:22

**Hmm** 51:15 74:20 75:8 88:15 109:15

**Hodge** 61:2,22 62:9 125:14

**hold** 121:3,8

**holding** 33:19

**home** 18:14 53:1 119:15,24 120:2,14

**homegrown** 31:10

**homicide** 44:21 45:5

**hope** 110:22

**hopes** 82:11 113:8

**Horatio** 122:21

**horse** 98:14

**horsemen** 94:13

**horses** 94:11

**hospital** 89:25 90:4 120:10

**hospitals** 41:11

**hot** 125:3

**hotel** 40:1

**hour** 56:25 126:22 131:20

**hourly** 8:22

**house** 79:11 120:18

**housekeepers** 120:11

**houses** 120:7

**huge** 61:13 109:3

**Hugh** 61:2,22

**human** 125:10,12

**humoral** 23:19 24:6 98:5 120:22 121:6,9 124:9,20,22,23

**hundreds** 133:17

**Huntington** 13:4

**husband** 17:20 56:11,21

**husband's** 56:10

**husbands** 46:14 56:11

**hyatid** 78:23

**hydatid** 78:24

**hygienic** 87:20

**hyperemesis** 78:4,17

**I**

**ice** 41:7

**Idaho** 29:22 30:7,11,15,16,21 31:5,14 32:24 33:5 39:8 40:25 41:1,11,15,17 74:19 75:3,7 76:13,18 94:8

**Idaho's** 74:15

**Idaho-specific** 77:21

**idea** 36:22 62:10 113:15 125:22,24

**ideas** 60:9

**identified** 67:24

**identify** 68:25 83:3

**ignorance** 66:23

**ill** 81:10,25

**illegal** 59:1 62:2,3 67:18 99:12,17,23

**illicit** 120:3

**Illinois** 97:4,18

**imagine** 113:1 123:18

**imaging** 79:3

**immoral** 84:12

**impair** 6:21

**implied** 92:23

**implies** 91:23

**imply** 90:12

**importance** 15:2

**important** 19:25 82:19

**impossible** 75:20 87:10

**impregnated** 117:11

**impressive** 34:6 69:10

**improvement** 87:18 88:1

**impugn** 40:7

**inanimate** 125:5

**incarcerated** 101:3

**incarceration** 101:6

**include** 10:20,25 14:4 39:2 62:6 85:4 97:18 100:15 128:21

**included** 23:22 49:13 63:18 71:3,14 88:13 110:7

**including** 17:4 89:4 109:5

**incorporate** 34:12 67:13

**incorporated** 109:12

**incorrectly** 86:17

**increase** 115:14

**independently** 23:21

**indestructible** 125:22

**index** 111:17

**indicator** 19:16

**indiscernible** 37:16 42:7 50:9 52:2

**individual** 46:9,17

**induce** 83:6

**induced** 77:6 80:7,11 83:2 91:12 93:7

**inducer** 94:3

**inducing** 82:11

**infanticide** 59:20 60:12

**infer** 40:4,9

**inference** 91:15

**influence** 64:3 113:12

**influenced** 13:16

**informants** 20:7

**information** 28:21 31:25 32:3 36:19 39:22 103:12

**informed** 66:6

**infused** 61:8

**initial** 26:16 115:4

**initially** 48:10 68:19

**initials** 130:12

**innocent** 40:12

**inquests** 32:4 104:15 109:6

**inside** 79:10

**inspired** 24:9

**instantaneous** 105:18

**institute** 48:12

**instruct** 128:22

**instructed** 128:20

**instructing** 103:20

**instruction** 36:13 104:6

**instructive** 103:2,4,11 104:5

**instructs** 128:12

**instrument** 43:18 95:19 96:13 97:19 99:11

**integral** 124:12

**intent** 73:21

**intention** 113:23

**intentional** 80:3 91:19 93:7

**intentionally** 93:1

**intercourse** 120:3 123:17

**interest** 10:23 31:7

**interested** 11:17,24 22:8

**interesting** 123:9

**interjection** 34:5

**interpretation** 84:14,15

**interpreted** 132:13

**interpreting** 74:18

**interrupted** 52:3 93:17,21

**intervene** 68:10

**intervention** 132:16

**intrusion** 122:9

**intrusive** 43:17 96:1 97:3,8,19

**invalid** 81:11

**invented** 122:24

**invisible** 125:10

**invocations** 98:13

**invoke** 77:23

**involve** 35:12

**involved** 39:9 65:25 115:21

**involving** 101:15

**irregularity** 24:7

**Island** 117:25 118:1

**issue** 16:19

**issued** 8:16

**issues** 11:4,6

**items** 14:13

**J**

**Jacksonian** 48:11

**jail** 40:11 43:24

**James** 22:22 24:11,13 25:7 126:11

**job** 45:14 118:1,2

**jog** 64:18

**John** 59:13

**joined** 75:15

**Joseph** 15:7

**journal** 12:12,16 25:18 75:14 76:3,4, 13 89:13 107:4,8 108:2 133:16

**journalists** 20:9

**journals** 14:3 21:13 62:20 77:4,10

**judge** 6:2 36:12,21,22 48:23 85:2 99:17

**judged** 79:14

**judges** 73:4 99:19

**judging** 123:8

**judgment** 73:5

**judicial** 50:14

**juicy** 111:9

**jumping** 98:19

**jurisprudence** 48:1 49:7 60:20,24 77:17

**jurists** 15:19

**jury** 36:12 104:16

**justice** 22:20 41:25

**justifiable** 38:15,18 59:16 70:4,5 87:22 88:13 89:17 90:9 96:22 132:16 134:3

**justification** 71:22

**justified** 89:19,20

**justify** 77:23 126:7

**justifying** 79:21

**K**

**Kentucky** 105:22,24,25 106:1

**key** 19:16

**killed** 17:20 60:13

**killing** 78:12

**kind** 6:17 8:17 21:11,14 31:2 32:7 37:2 48:15 55:20 66:17 73:19 85:4 94:15,16,18 110:1 113:22 120:7 122:22 123:20

**kinds** 56:13

**knees** 34:8

**knew** 96:10,18 106:21

**knowing** 81:20 121:22

**knowledge** 15:12 103:23 124:6

**L**

**labor** 101:3

**lack** 91:13,17,23

**Lake** 30:1

**lam** 39:16

**landed** 37:4

**language** 37:8 38:12 67:17 69:15,19 71:12,23 82:21 85:4 89:19 97:20 98:15 133:2

**languish** 102:13

**large** 16:2 35:22 43:19 52:4 69:20

**largely** 51:23

**larger** 107:25

**lashes** 101:7

**late** 10:17 23:8 94:9 98:2 105:15 106:2 115:6,13

**late-term** 131:11

**law** 7:15 9:14 10:9 14:8 15:18 25:12 26:7 41:8,17 43:15 44:22 45:6 46:11 48:22 49:2 51:12 56:8 57:25 58:2,4,19 59:15 62:5 63:16,17 65:19,20 66:4,7, 23 69:4,5,25 74:15,19 75:6,9,11 76:12 90:6,8 97:2,4,18 99:17,20,21 101:12, 19,21 102:3 106:1 126:9 131:1,7 132:6,10,13 133:19

**lawful** 38:18 53:16,18 67:19 71:17,25 74:9 84:22

**lawmakers** 101:9

**laws** 15:21 43:4 46:12 50:17 56:16 66:9,14 67:2,13 68:19,23 69:12,17 72:19 105:17 107:18 126:7

**lawyer** 7:15 25:14 36:21 39:18 51:12 106:13 116:11

**lawyers** 48:21 60:24

**lead** 87:8

**leading** 126:5

**learn** 30:20

**learned** 26:14 32:1 49:10 120:5 121:5,13

**learning** 120:23

**learns** 95:25

**leave** 31:16

**lecture** 11:10 12:8 61:5,11,18 62:11, 21

**lecturer** 11:8

**lectures** 86:1

**left** 71:18

**legal** 44:23 45:7,13,17,22 47:16 51:4, 6 54:11,17 55:13,14,19,24 97:20 99:18 109:6

**legions** 51:25

**legislative** 102:5,6

**legislators** 129:9

**legislature** 57:24 59:15 66:10,11 73:3

**legislatures** 43:1,3,7

**lend** 91:13,18

**lesser** 63:19

**letter** 8:16 107:2

**letters** 53:1 109:20 111:25 112:14

**level** 7:19 9:5 18:10 32:5 34:6 36:8,9

**library** 77:17,18 111:4

**licensing** 48:9

**life** 12:4 17:4 19:7 35:15 41:8 58:25 59:13,24 61:6 62:10,13 67:21,25 68:8 70:6,9,25 71:5,10,13 81:11 84:21 85:5 115:8 125:19 134:19

**life-threatening** 41:12 68:7 78:8

**life/health** 14:16

**light** 27:24,25 94:4

**limited** 64:2 79:4

**lines** 86:24

**list** 22:15 69:7 75:22 77:24 78:5

**listing** 42:21 68:23 118:4

**lists** 14:2 77:25 80:14

**literally** 32:13

**live** 20:20 80:4 112:24

**lived** 54:10 76:15

**lives** 17:6 21:2

**living** 32:2 46:24 54:16 84:4

**local** 36:9

**locate** 117:5

**locked** 118:13

**logic** 60:4

**long** 12:14 30:14 57:15 62:18 65:11 79:13 110:19 133:16,17

**long-standing** 10:23

**longer** 26:12 126:23,24

**looked** 42:2 65:2 76:7 107:12

**Lord** 15:18

**losing** 113:23

**loss** 52:24 53:5 83:1 112:2,8,16,19,21 113:6,24 114:4 115:8

**lost** 52:24 112:7 120:17

**lot** 7:14 9:25 15:16 17:3 19:16 26:14,17 46:9 68:3 72:20 77:16 81:1,11 105:8,18,19 106:9 110:21

**lots** 31:15

**Louisville** 119:14

**Lowell** 56:4

**lower** 30:7 63:21

**lunch** 126:17,23 127:1

**lungs** 60:15

**M**

**made** 34:4,5 35:14 58:19 70:24 100:21 118:2 122:10 123:8

**magic** 110:20

**main** 61:18 63:25

**Maine** 12:17 99:19

**Maine's** 99:20,21

**major** 7:8 52:5

**majority** 41:25 42:12,17,25 43:7 54:1 69:20

**make** 18:23 20:2 24:18 27:21 30:17 32:24 35:2 38:22 40:15,23 41:14 43:18 45:1 50:7 70:10 82:25 89:16

**makes** 27:17 61:18 84:20,25 122:18

**making** 37:7 51:20 61:24 89:4 108:19 123:10

**malicious** 67:19 71:17,24 84:7 133:19

**man** 11:3 16:11 61:2 65:1 69:3 76:15 85:10 96:10,12 102:8 118:6 123:7 125:15

**manage** 36:17

**maps** 31:1

**mares** 94:10

**marginalized** 54:21 55:2,5

**Marie** 130:13

**mark** 57:8

**marked** 57:10 122:25

**market** 112:23

**markets** 115:18

**marks** 60:2

**marriage** 31:24 46:12

**married** 16:11 19:15 31:23 46:17 119:13,24 123:12,15

**Mary** 17:23,24

**Maryland** 63:3 71:7,8,9

**Massachusetts** 30:2 34:25 35:12,16,17,18,25 36:16 37:1,3 56:5 67:17 71:16 85:11 133:2,10,19

**Massachusetts'** 71:23

**master** 101:4

**materia** 93:23

**material** 13:9 23:5 26:17 27:24 28:12 109:19

**matter** 52:20 75:24 94:13 97:11 104:14

**matters** 24:22

**meaning** 46:4 55:9

**means** 19:10 81:23 92:21

**meant** 12:25 81:1 83:1 92:1 112:18

**measure** 52:9

**media** 115:18

**mediated** 46:14

**medica** 93:24

**medical** 11:2 14:2 19:11,12,15 36:5 43:16 48:1,8,19 49:7,20 59:17,18 60:20 62:20 63:4 64:6,10,11 70:19 75:16 77:4,17 79:20,25 80:22 81:15,20 87:18 88:1 96:8,11 97:6 98:6,16 99:1,3 105:25 107:4 122:23 124:6 132:16

**medically** 70:15 80:12 112:25

**medication** 6:21

**medicine** 11:3 47:24 48:12 49:12 61:4 76:4,11 89:12 113:21 114:14 120:22

**Medicine's** 77:18

**medicines** 94:17

**Medico-** 106:15

**Medico-legal** 106:16

**meet** 48:13,15

**meetings** 19:12

**member** 120:17

**memorized** 133:5

**memorizes** 78:2

**memory** 64:18 71:8 75:18

**men** 58:24

**menses** 97:24 119:15 124:13,16,20
**menstrual** 23:19 24:7 92:23
**mental** 88:14 92:19 134:4,14
**mention** 78:21 86:10 88:8 93:10 99:8, 24 100:4 101:23,25 104:18 119:9 122:8 126:2
**mentioned** 12:3 21:19 34:23 38:3 54:23 62:21 77:14 78:14 86:1,7 111:24 114:10 117:17 119:12 125:14 128:4 129:17
**mentioning** 48:2 75:4
**message** 104:2,6,7,12
**messed** 85:16
**met** 22:25 23:11 35:18 81:15 98:17
**method** 60:10 95:19 111:13
**methodically** 110:16
**methods** 20:11,15 27:1
**Michigan** 9:6,9,16,18
**mid-19th** 52:25 104:20
**mid-20th** 89:25 104:21
**middle** 5:14 124:10
**Midwest** 107:5
**midwives** 92:24
**miles** 32:3
**Miller** 105:21 119:9,16
**Miller's** 120:21
**mind** 31:17 36:16 48:20 66:8 90:16 113:12
**minds** 34:18
**mine** 23:15 26:6 30:5
**minimal** 102:7
**minor** 25:23
**minute** 85:8 114:25 127:13
**minute-by-minute** 32:6
**minutes** 19:12 57:1 90:19 92:1 95:10 102:9 126:15 127:12 131:19
**miscarriage** 53:4,12 116:10 119:25 122:9
**missed** 69:9 118:8
**Mississippi** 105:14
**mistake** 97:22 122:11 123:8,10
**misused** 36:3
**mix** 121:8
**mixed** 85:16
**mixture** 34:3
**Mm-hmm** 74:13
**modern** 37:8 38:15 50:6 68:11 114:13 121:9,18
**mole** 78:23,24
**moment** 34:3 61:8
**moments** 100:23
**money** 129:3,18
**moneymaking** 62:1
**Monica** 23:9 93:22
**month** 53:2 66:11 124:1
**months** 18:16 21:23 22:6 43:24 131:5
**Moore** 22:23 24:11,13 25:7,11,24 126:11
**moral** 112:9
**morally** 53:21,25 55:1 56:19 61:6
**morning** 5:10
**mortality** 118:3
**Moscow** 76:16
**mother** 41:9 53:1 67:25 68:4,8 70:6, 25 82:12
**motivation** 10:1
**motivations** 110:4
**motive** 84:7 126:9
**mounting** 111:5
**mouth** 95:11 103:15
**move** 78:13 88:7
**moved** 17:2
**moves** 25:19
**moving** 98:19 115:3
**MSI** 130:14
**mulatto** 100:25
**murder** 17:17
**murderer** 17:19
**mute** 109:18

**N**

**nailed** 37:7
**named** 61:2 63:2 67:23 69:3 71:13 85:9 118:6
**national** 35:22 48:7 73:12 77:18
**natural** 112:1,2 113:24
**near-birth** 82:6
**necessarily** 38:13 83:2 124:21
**needed** 67:15
**news** 32:21 61:14 115:7,19
**newspaper** 31:6 38:6 66:2,12,18 84:2 85:22 101:14 103:24 109:8 117:18 118:3,17 119:13,14 120:6
**newspaperman** 32:14
**newspapers** 20:18,19 30:15,16,21 31:5,7,9,15 32:12 66:15 94:8 95:11 102:4 103:10,18 109:12,13 111:12 116:4 117:15 129:11
**nice** 14:2
**Nichols** 16:23,24 17:21,23,24 51:10
**Nichols'** 51:24
**night** 30:8
**noise** 105:19
**nonfrequency** 91:24
**nonjustifiable** 89:17
**nonprofit** 127:24
**nontherapeutic** 89:18
**normal** 87:5 119:25
**Northwest** 75:11,12,14 76:4,8,10,12 89:12
**notable** 101:8
**notches** 123:1
**note** 89:4 110:17 114:10 122:21
**noted** 9:1 23:21
**notes** 19:4 74:23
**noticed** 13:6

**notorious** 27:15 85:23

**noxious** 65:23 66:1

**nuh-uh** 6:17

**number** 13:6 24:1 69:19 96:16 98:2 109:2 110:20

**numbers** 52:4 105:20 108:10,11,14 112:22 115:17

**numeracy** 11:19,22

**O**

**OAH** 25:11

**oath** 5:25

**obituaries** 62:19

**obituary** 62:18,20

**objection** 128:5,10

**objections** 34:2

**objects** 128:12

**obligation** 111:2

**obstetrician** 61:4

**obstetrics** 77:16

**obtain** 92:11 95:16

**obtained** 35:15 48:10

**occasion** 123:8

**occasionally** 40:22

**occur** 106:1

**occurred** 12:18 85:14 97:14

**occurrence** 112:1,2

**odds** 96:17,19

**offer** 9:25

**offered** 34:2 36:22

**office** 33:19

**Ohio** 65:19 66:2

**oil** 95:5,8

**one-minute** 114:23

**one-off** 66:17

**ongoing** 83:18 84:5

**online** 12:13 105:17

**op-ed** 12:9

**Op-eds** 129:11

**open** 71:18 98:3

**openly** 59:7 103:22 109:25

**operated** 63:3

**operating** 124:5

**operation** 38:10 96:25

**opined** 76:17

**opining** 47:15 75:9 76:12

**opinion** 28:23 29:5 42:1,25 130:25

**opposed** 25:8

**order** 94:25

**Oregon** 75:2,17

**organization** 130:12,21

**origin** 14:6

**ostensibly** 119:10

**outcome** 37:22 103:18 111:13

**outcomes** 103:19

**outlets** 77:5

**outline** 99:7

**overruled** 82:14

**oversight** 90:13

**overstatement** 109:3

**owners** 101:10

**P**

**P-A-T-R-I-C-I-A** 5:14

**p-u-e-r-p-e-r-a-l** 86:18

**p.m.** 90:23 115:2 127:14 131:22 135:8

**Pacific** 75:10,12 76:7,12

**pages** 4:10 59:19,23 62:20,23 133:17

**paid** 8:19

**pain** 40:2

**pains** 123:11

**paper** 12:7 13:12,19,21 37:24 39:25 66:6 77:25 104:9 107:25

**papers** 25:13 94:16 104:14

**par** 113:4 116:9

**paragraph** 24:1,16 57:21,23 72:7 77:4 78:21 79:19 83:12,13 86:1 87:15,17 88:8 89:10,24 90:15,25 92:7 93:10 99:9,24 101:17 103:1,3,7 104:3,19,24,25 106:12 109:4,17 111:23 115:5 119:9 122:8 125:16 126:1,2 133:25

**parameters** 28:7,9

**Parenthood** 127:18 129:19

**Parrish** 88:8,12 133:24

**parsing** 44:2,14

**part** 16:10 19:6,22 21:14 22:17 25:4 27:11 40:16 44:13 45:12 46:19 48:7 49:15,16 50:16 60:9 62:7 63:9 65:20 72:8 92:18 111:10,14 128:2,15

**participate** 12:19

**participated** 13:1 60:19 128:18 129:14

**particulars** 22:12,16 26:3

**Party** 30:3,6

**pass** 101:19

**passage** 51:22

**passed** 43:3,6,23 65:19 66:10,14 97:4 100:22 101:12,21 102:11

**past** 46:22 47:2,12 53:15,17,20 54:9,15

**Pat** 128:6,22

**patient** 41:12 49:25 50:6,7 73:22 81:10 86:25 120:7

**patients** 61:20 80:13 119:13 120:12 121:20

**patients'** 119:17

**Patricia** 4:3,10 5:3,13

**paucity** 91:1

**pausing** 74:11

**paying** 15:24 16:2

**pays** 25:18

**peak** 29:11

**peer** 27:10

**pelvis** 87:10

**penalized** 101:1

**penalties** 101:1
**penalty** 63:19 101:25
**pending** 6:10
**penitentiary** 39:15,17
**Pennsylvania** 61:3,4,12 62:4,5
**penultimate** 37:3
**people** 11:21 19:14 20:5,24 21:1 22:12,18 23:3 25:3,12 27:17,20 34:5, 15 37:6 45:10 48:13 51:24 52:17,21 54:16,21,24,25 55:3,5 56:19 64:9 66:9 72:20 75:20 92:10 101:23 102:23 103:11,20,21 104:13 108:1,17 110:10 114:4 115:19 117:18 118:16 125:13, 24
**people's** 78:5 131:15
**percent** 86:2
**perfectly** 96:13,14 119:22
**perforate** 87:13
**perform** 55:10 87:22 122:11
**performed** 81:24 85:3
**performing** 100:25 134:13,17
**period** 14:19 20:7 31:21 48:7 56:9 59:1 106:10 120:13
**periodic** 52:8
**periodical** 111:11
**periodicals** 111:11
**peritoneal** 96:5
**permissible** 44:22 45:6,9,10
**permission** 131:16
**permissive** 81:22
**permitted** 90:6
**persist** 23:20
**persistent** 66:20
**person** 29:12 43:23 55:10 62:18 96:6 101:5,6 106:21 113:15 114:17 115:20 116:19 124:13
**person's** 55:12 125:19
**personal** 19:18 130:25
**personhood** 113:15 114:11
**perspective** 47:14
**persuasive** 83:17 100:16
**peruse** 18:15
**petition** 46:7,8
**Ph.d.** 4:10 7:11
**pharmacy** 95:7
**phase** 11:18 43:19
**Phd** 4:3 5:3
**Philadelphia** 61:13 122:19 125:15
**philanthropic** 129:3
**phone** 23:1 24:13
**phrase** 14:15 70:15,19 77:8 79:20,25 80:16,22 103:2
**phrased** 11:6
**phraseology** 50:17
**phrases** 115:12
**physical** 134:18
**physician** 69:14,21 73:21 89:20 121:2,3
**physician's** 59:16
**physicians** 58:17 59:21 65:22 67:15, 24 69:14 70:7,8 73:5 74:17 77:5
**pick** 66:15 79:5
**picked** 51:21
**piece** 28:21 69:10
**pinned** 113:8
**place** 39:8 103:12 120:4
**places** 92:16 132:14
**Planned** 127:17 129:18
**plantations** 101:11 102:25
**plausible** 96:13 119:22
**played** 52:9
**pleased** 23:17,18
**Pocatello** 30:8
**point** 17:14,23 28:16 34:9 40:8 42:20 60:2 73:1,14 82:17,19,25 111:17 113:5 118:3 134:5
**pointing** 103:8
**poison** 97:6
**poisonous** 65:23
**poked** 93:23
**policing** 107:15
**policy** 11:22 25:20 73:4
**policymakers** 73:4
**polls** 54:6
**Pomfret** 99:8
**popular** 81:5,17
**population** 53:24 54:1
**position** 16:25 17:12,14 19:7 27:6 91:22 119:18 122:5
**positive** 51:7
**Possibly** 39:7
**post** 12:10,12 43:20 129:12
**post-quickening** 99:15 132:7,17
**postgraduate** 122:22
**pot** 116:8,12 119:2
**potential** 94:24
**potentially** 68:14 94:25
**practically** 125:10
**practice** 45:20 47:24 49:20 62:17 101:11 116:4
**practiced** 63:3
**practices** 15:23 121:10
**pre-quickened** 114:5
**pre-quickening** 43:19,22 44:20 45:4 47:17 62:6 91:16
**precautions** 87:20
**precious** 113:10
**predictably** 94:2
**preference** 54:6
**pregnancies** 92:11,25 109:1
**pregnancy** 42:18 43:20 45:21,23 52:24 53:5 60:2,3 63:18 68:10 78:24 79:8 80:3 82:15 83:1 87:5 93:17,21 94:25 98:15 103:16 112:2,8,16,19,21 113:6,9,17,24 114:4 123:20 131:5 132:16
**pregnancy-ending** 79:20,25 80:22

**pregnant** 31:23 53:2,3 66:2 79:9 98:23 113:1,20 119:20 120:3 121:23 123:12,22,25

**preliminary** 26:11

**premodern** 124:15

**prenatal** 115:8

**preparation** 33:9

**prepare** 33:1 114:4

**present** 88:2 119:25

**presentation** 13:16

**presented** 13:9 25:13 84:10 119:10, 14

**presenters** 13:7

**press** 37:6 85:12

**presume** 7:25 86:10 116:6

**pretty** 15:20 27:9 31:15 39:24 46:23 47:6 65:14 72:11 84:14 93:6 100:20 102:19 110:9 120:23

**prevent** 123:2

**previous** 54:14

**previously** 21:6 86:25

**primarily** 11:15 25:9

**primary** 18:23 19:2,25 20:3,4,7,13 27:1,20 28:4 34:8 109:5,13

**principle** 49:5 65:12

**principles** 121:9

**print** 29:9 66:13,15

**printed** 27:9 109:19

**prior** 70:14,22,24 88:6 114:13

**prison** 43:25 85:15

**private** 52:20 75:23 111:25 112:14

**probable** 108:11

**probe** 122:17,25 123:2

**problem** 83:7 98:5 100:17 124:13,17

**problems** 21:2

**process** 113:17

**procure** 99:12

**produce** 123:5

**produced** 25:10 27:8

**producing** 89:20

**product** 25:1

**productive** 5:22

**professional** 8:14 48:15 73:5,25 126:4

**professionalize** 48:12

**professor** 8:13 22:19 69:3,4 93:5 110:23

**prohibit** 132:15

**prohibited** 55:25 58:2,4,6 67:6,10 132:10

**prohibiting** 33:19

**prohibition** 63:17 71:16

**prohibitions** 65:13 132:6

**project** 22:6

**proliferation** 87:18,25

**promise** 74:12 99:5

**prompting** 105:4

**pronounce** 86:2,17

**pronunciation** 93:11

**propensity** 11:20

**proposal** 107:6

**propose** 126:9

**proposing** 102:8

**proposition** 62:1 100:5

**prosecuted** 74:5

**prosecution** 99:10 116:23

**prostitutes** 36:23

**prove** 72:1 96:17

**provide** 107:8,10

**provided** 77:5

**Providence** 117:25

**providing** 132:20

**provision** 67:12 111:5 132:15

**prowess** 122:17

**public** 11:22 16:1,4 25:10,17,20 30:19,20 60:23 106:9

**publication** 81:18

**publicly** 110:13

**published** 21:6 25:21 60:7,21 69:4 106:24

**publishers** 29:9

**puerperal** 86:17,19,20 87:1

**pull** 57:8

**pulled** 87:14

**punished** 101:5,7

**purportedly** 53:8

**purpose** 42:4 47:18,19

**push** 11:22 73:14

**put** 44:3 63:22 73:2 88:16 106:24 108:4,6 118:2 122:5

**puts** 29:12

**putting** 25:14 35:8 110:18 116:8

**Q**

**quantitative** 108:16

**quantity** 95:9

**Quay** 68:23 69:3 72:1 133:15

**question** 6:5,9,10 15:4 19:21 22:14 26:1,25 29:2 33:18 44:8,9 46:2 55:21 59:7 60:12 63:24 66:9 76:9 77:3 89:11 91:9,22 92:2,22 96:24 99:16 106:8 112:15 116:5,6 119:5 128:13 133:13

**questioning** 17:16

**questions** 28:2 38:20 47:22 89:11,16 112:5 127:16 132:1,3 133:23

**quibble** 104:18

**quick** 69:12 114:23 126:21

**quickening** 45:9 58:5,18 60:1 62:3,4 63:20 66:20 79:6 132:11

**quicker** 18:19

**quickly** 18:20 82:11 87:8 96:7 111:21 133:21

**quotations** 111:9

**quote** 19:14 44:18 47:6 72:25 73:23 77:24 93:2 123:13

**quoted** 64:1 65:3

**quotes** 28:15

**quoting** 47:4 64:1 83:15

**R**

**radical** 17:4

**railing** 19:22

**raised** 35:23 36:11 37:20 38:7 39:1,4 40:5

**raises** 66:8

**rallies** 129:14

**ran** 31:1 62:19 66:3

**range** 68:9,12

**rapid** 120:24

**rare** 104:18,22

**rarity** 104:19

**ratified** 43:2

**RC** 64:23

**RCE** 64:19

**reacted** 24:18

**read** 14:5 19:4,11 22:23 23:14,15 26:11,21 31:21 33:24 34:15,20 42:9 44:25 48:1,21,22 58:14 60:24 75:19 93:22 98:1,14 99:3 100:7,8 102:21 103:7 107:10,25 123:23

**reading** 27:4 28:22 30:15,20 33:14,22 34:9 49:10,16 65:4 66:18 77:16 103:11

**real** 20:19,23 21:1

**reality** 11:22

**realize** 41:7 58:12 121:19 122:4

**realized** 14:5

**realizing** 27:19

**realm** 56:14

**reason** 6:24 32:23 44:17 48:7 74:9 88:5 92:8 102:3

**reasonable** 110:17

**reasons** 61:21 62:24 66:22 67:21,22 71:21 75:22,25 84:21 85:3 88:14,21 89:3 133:20 134:4,14,18

**rebels** 33:19

**rebuttal** 4:9 33:4,9

**recall** 9:8 13:24 14:4,19 17:12 26:15 68:1,18 76:6,10,23 132:2,5,18 133:1, 22

**recently** 6:21 12:15 65:3 111:25

**recess** 57:5 90:23 115:2 127:14 131:22

**recognized** 67:21

**recognizing** 116:18

**recollection** 32:11

**recommend** 82:5

**record** 5:12 38:5 58:24 59:12 66:12 95:24 97:23 98:24 99:14 135:4

**recorded** 107:3

**records** 32:9 33:10 102:6

**recovery** 120:13

**redirect** 126:18,19 127:3,5,8 134:22

**refer** 10:8 22:18

**reference** 53:9,11 70:25 77:20 97:22, 24 98:23

**referenced** 133:24

**references** 52:22

**referred** 110:8

**referring** 37:17 73:3

**reflect** 49:18 115:18

**reflecting** 121:17

**refuses** 36:13

**regularized** 95:17

**regularly** 55:10

**regulation** 23:20 47:24 48:4 49:9,20 92:24

**rehearsed** 85:2

**reinstate** 48:9

**reinterpret** 27:24

**reiterated** 51:22

**rejected** 35:8 36:11 39:1

**related** 124:14 132:23

**relates** 112:9

**relation** 30:11

**relationship** 46:13 83:18,23 84:6 113:5

**relevant** 9:24 14:10 15:9 33:17 37:21

**reliable** 20:14

**reliably** 94:2

**relied** 25:22

**relieve** 98:21

**religious** 61:9 125:15,21,24

**relitigating** 26:19

**rely** 13:9 77:22

**remains** 112:20 115:7 116:8

**remarkable** 25:17 107:14 109:20

**remarkably** 91:12 114:6

**remedies** 68:5

**remedy** 87:12

**remember** 65:3,6 116:23 117:7,19

**remembering** 76:16 79:8

**reminded** 26:18

**reminder** 69:12

**removal** 82:6

**removed** 17:10 29:8

**repair** 73:18

**repeat** 29:2 128:13

**repercussions** 45:23

**rephrase** 15:13

**report** 4:9 8:21 13:10,17 14:5 15:7 22:17 23:9,14,19,21,22,24 25:6 26:4, 6,11,16 32:24 33:4 34:13,25 35:3 37:13 38:22 39:2 41:20 47:18,20,25 49:13,18 50:1 57:7 73:23 76:22 77:13 88:17 93:23 109:14 110:7 133:25

**reportage** 109:8

**reported** 20:5 31:8 35:6 52:12 89:12 118:21,24,25

**reporter** 6:13 50:19 58:12 86:3 93:14

**reporter's** 32:13

**reporters** 32:20

**reporting** 32:6,8 39:24

**reports** 30:17 32:5 33:1 39:10 95:11 109:7 110:2 117:10 118:17,18

**represent** 42:25
**representative** 29:19,20
**represented** 29:20
**reprimand** 8:16
**reprinted** 62:11
**reprinting** 62:13
**reproduction** 11:11
**reproductive** 11:5,6 130:5
**Republic** 12:13
**republished** 17:8
**reputable** 64:6
**repute** 96:12
**requested** 135:10
**require** 77:6 101:24
**required** 50:11
**requirements** 48:9
**research** 11:14 12:7 18:11 19:10,14 20:17 30:10 52:25 89:1 100:7 110:15, 25 111:5 127:23
**researcher** 8:10
**researching** 8:1 19:2
**resort** 11:21
**resources** 18:13 111:18
**respect** 15:4 116:22 124:20
**responded** 106:6
**responding** 59:4
**response** 62:7 107:2,12,13 116:5,7
**rest** 124:12
**restricted** 14:7
**restrictions** 131:6
**restrictive** 68:2
**result** 124:17
**results** 80:17
**retire** 8:3
**retired** 8:9
**returns** 110:24
**reverse** 99:4
**review** 19:1 27:10 33:9 69:5 107:6 109:12
**reviewed** 14:24 35:1 76:14 77:13
**reviewing** 19:24 74:23 77:11
**revise** 16:25 105:4
**revised** 17:3 74:15 97:18 101:22 105:9,11
**revising** 105:15
**revision** 46:11 72:20,22 100:23
**revolutionary** 56:9
**rewritten** 27:23 51:23
**Rhode** 117:25 118:1
**riches** 18:20
**ride** 98:14
**rights** 11:5 45:17,18 46:2,3,10,17 54:11 55:14 127:25 129:15 130:5
**ring** 76:19
**ripped** 96:3
**risk** 70:9 83:8 86:25 123:19
**road** 30:3 32:3
**Robert** 64:19,23 65:2
**robust** 83:9
**Roe** 131:8
**role** 52:9
**rolling** 67:1
**rollout** 65:14
**rolls** 64:4
**room** 27:18 107:25
**root** 99:25 102:16
**route** 119:23
**rule** 41:10
**rules** 5:22
**run** 96:4 134:15
**running** 56:16 66:11
**Rush** 96:11
**Russell** 88:9,12 133:24
**rye** 94:11

**S**

**safe** 95:14 96:14,15
**safety** 87:21
**Sally** 109:22
**Salt** 30:1
**Santa** 7:21
**save** 41:8 67:24 68:8
**saved** 82:16
**savin** 94:1 95:5,6,8
**saving** 70:6 74:12 82:11,12 85:5
**scale** 44:4
**scant** 118:12
**scarce** 91:12 92:7,9
**Scholar** 21:4,11
**scholarly** 21:13
**school** 19:15 26:7 59:17,18 61:4 63:5 122:23
**schools** 64:6
**scope** 68:9
**scratch** 82:16
**screen** 84:7
**search** 18:18 69:13 72:1 133:17,18
**searched** 97:7
**searching** 69:21
**secondary** 18:24 20:3,8 21:14 27:1,2 28:4 49:11 102:21 112:6
**seconds** 135:3
**secret** 98:25
**section** 33:18 34:10 74:16
**sections** 57:7 65:20,21,25
**secure** 46:20 84:14
**seeking** 31:24
**self-styled** 11:2
**semester** 48:17
**send** 26:6 92:10 117:6
**sensationalized** 61:15 109:8

**sense** 15:22 30:18 82:21 112:9

**sentence** 23:25 24:8,15 43:23 62:21 85:15 115:5

**sentiment** 108:8

**separate** 101:25

**separately** 24:12

**sepsis** 96:3

**series** 89:11 121:6

**served** 8:23 10:6

**services** 8:20

**session** 25:11,16

**set** 35:22 39:22 65:20

**sexual** 83:18,23 84:6

**sexuality** 10:18

**shake** 6:15

**shaky** 75:18

**Shannon** 13:14 52:23 112:6

**shape** 110:18

**shock** 52:12

**shocking** 48:16 105:20 107:6,21

**shoot** 54:25

**shop** 117:12

**short** 59:20

**shortening** 99:6

**shorthand** 34:4

**shot** 36:1

**show** 41:13

**showed** 34:18

**showing** 34:1 42:16 126:5

**shows** 15:11

**shred** 39:20

**side** 6:16 36:20 82:10

**signature** 135:10

**significant** 120:24

**similar** 39:5 48:25 113:24,25 114:6

**similar-sized** 130:11

**similarly** 36:1 133:10

**simply** 26:13 29:16 66:23 79:17 80:24 124:16 134:4

**Simpson** 122:24,25

**sin** 120:2

**sincere** 99:1,3 123:7

**single** 46:8

**singular** 16:12

**sit** 18:14

**situation** 15:15 79:15 116:10

**six-point** 78:1

**skill** 11:23

**skilled** 27:19

**skillful** 95:25

**skillfully** 44:16 95:23

**skipping** 126:1

**skull** 87:13

**slave** 100:25 101:2,10

**slavery** 101:16

**slaves** 55:14 101:24

**slightly** 101:22

**slip** 27:10

**slow** 65:14

**smart** 34:2

**Snow** 118:7

**social** 129:4

**society** 53:21 55:11 75:16 106:16

**society's** 19:12

**sole** 44:10

**solicitude** 117:23 118:15

**solution** 98:6 123:24

**sooner** 83:6

**sophisticated** 112:25

**sort** 12:8 25:4 49:19 100:10

**sought** 117:13

**soul** 61:7 125:16,18,22

**sound** 47:11 90:18 98:16

**source** 19:25 27:20 28:4,8,24 51:2 100:3 102:15,18 112:6

**source-finding** 21:15

**sources** 14:20 18:22,24 19:2 20:3,4,8,14,23,24 21:3 27:1,2 29:17 32:24 34:8 41:20,24 42:2 49:11 76:6,11 102:21 109:5,13 110:1

**South** 100:8,17 102:16,19 105:13

**southeast** 29:25

**Southern** 100:14 101:9 105:16

**speak** 33:5 82:17

**speaker** 13:13

**speakers** 13:11

**speaking** 11:13 13:7 14:7 37:6 75:5 81:14,17,18,20 106:16,20 109:25

**speaks** 95:15 101:9 125:18

**spear** 96:2

**special** 118:15

**specialized** 10:12

**specific** 57:7 81:2,15 101:23 119:11 134:5

**specifically** 10:16 35:5 45:17 46:22 83:14 125:4 126:3 130:21

**speeded** 18:21

**spell** 5:12 86:3

**spend** 30:14

**spent** 7:23 30:8 33:13 62:14 77:16 122:22

**sphere** 25:20

**spheres** 64:2

**spoke** 106:15,18

**spokesman** 62:22

**spokesmen** 63:25

**spot** 56:25

**spurred** 94:11

**stage** 11:8,10

**stages** 42:18

**stairs** 98:19

**stand** 17:25 19:20 88:5

**standardized** 94:5

**standards** 48:13,14,16 77:6

**standing** 40:6

**stands** 17:4

**start** 7:2 57:21 74:21 83:12 112:15 115:18

**started** 63:24 115:22 118:4

**starting** 31:12 87:19

**starts** 72:14

**state** 5:11 9:6,10,12,20 35:13 36:8,10 39:14,18,19 42:22 43:7,11 44:1,5,15 46:11,13 47:24 48:3 49:8 57:23 59:15 63:13 66:10 67:20 69:22 70:14,24 71:10,19,24 72:4,7,8 77:3 84:20 87:15,17 90:6,8,12 91:6,10 93:16

**state's** 9:13

**state-level** 9:19

**stated** 17:11 46:22 92:3

**statement** 44:18 51:7,10,20 53:19 54:24 55:4,17

**statements** 25:5 54:15

**states** 31:10 42:17 43:1,2 48:10,22 65:11,16,17 67:1,11,14,16 68:18 69:20 71:12 72:14 75:15 102:16 105:4,8,12,16 106:6 133:9

**stating** 51:3

**statistician** 117:24

**statistics** 11:16,19,21 12:1,4

**statute** 15:17 43:12,13 72:9 74:15 100:19,22,24 133:3,6,10

**statutes** 26:9,17 42:22,24 43:10,15 44:3,15 65:14,17 69:8 70:14,22,24 105:5,10 133:8,9

**statutory** 57:25 65:12

**stay** 115:14

**Stephanie** 56:24 90:18 126:15 128:20

**steps** 96:4

**Stethoscopes** 79:4

**stir** 106:8

**stood** 39:12,13

**stop** 17:16

**Stopes** 130:13

**stopped** 8:9

**Storer** 62:7,8 79:21 80:1 81:21 93:3 104:25 105:19 106:7 122:7,22 123:4,24

**Storer's** 108:14 109:2

**stories** 30:16 94:9

**story** 12:4 19:5,6 66:3 97:1 100:15 108:6 115:19

**straight** 33:14

**straits** 124:2

**Street** 120:9

**streets** 85:16

**stretches** 45:25

**stricter** 126:7

**strictly** 70:10

**strike** 9:9 10:6 33:6 38:23 67:6 70:23 76:8 86:8 88:6 112:18

**structured** 133:9

**students** 33:24 61:5,12,17,25

**studied** 12:5,6 13:19 33:3 73:12 118:16

**Studies** 126:4

**study** 11:19 12:2 120:23

**studying** 122:23

**stuff** 125:3

**subject** 49:2 86:25

**submitted** 57:16

**subsequent** 122:9

**substance** 102:9

**successful** 105:3 113:2

**sufficient** 36:18 82:9 95:9

**sufficiently** 83:9

**suggest** 23:23 24:14 91:18 108:7

**suggested** 23:25 117:18

**suggestion** 91:18

**suggests** 122:10

**summer** 26:8 110:23,25

**support** 28:15 29:15,16 56:21

**supported** 29:6

**supporting** 127:24 129:14

**suppose** 92:8

**suppressed** 119:15

**Supreme** 35:13,14 39:18,19 71:19,20

**surface** 133:21

**Surgeons** 59:22

**surprise** 52:17,19 85:18

**surprised** 107:11 113:2

**surprising** 39:21

**surrounding** 33:10

**surveys** 101:15

**survivable** 88:22

**survive** 83:10

**sustained** 66:21,22 83:16

**Sweeping** 51:1

**swimming** 35:9

**swollen** 79:10

**sworn** 5:4

**Sylvia** 25:12

**symptom** 124:17

**symptoms** 80:13

**system** 125:25

**T**

**takes** 123:10

**taking** 5:18 6:14 32:14 60:14 82:10 101:3 127:1

**tales** 94:21

**talk** 43:16 45:15 46:14 49:11 52:21 75:19 76:7 82:20 105:22 109:21 112:8

**talked** 16:7 20:13 21:21 23:11 26:2 61:7 77:21 91:14 111:23 112:12

**talking** 7:14 21:20 37:23 38:1 45:17 47:9 48:3 61:17 80:2,5,11,17 81:14,25 82:24 83:4,12,14 96:21 97:10 108:18 110:2,4 111:16

**talks** 75:23 125:5,16 126:11

**Tang** 26:10 110:14

**Tansy** 94:1

**task** 79:18

**taught** 22:23 63:4

**teach** 33:23

**teaching** 7:25 8:9 33:24

**team** 26:18,22

**techniques** 79:4 87:18 88:1 123:5

**telling** 19:5

**tells** 19:18

**term** 38:16 82:22 102:5

**terminate** 45:21

**terminating** 92:25

**termination** 80:3

**terminology** 82:1

**terms** 12:7 120:21 133:18

**terrible** 103:17,19 124:2

**terribly** 67:7

**test** 60:10

**testified** 5:6 83:17 84:5 96:9

**testify** 6:1 17:22

**testifying** 96:23 117:1

**testimony** 21:21 36:23 63:14 85:21

**text** 19:25 133:5

**textbooks** 77:4,11 98:1

**texts** 49:7 77:16

**theme** 61:9

**themes** 23:18

**Theodore** 60:20

**theories** 23:19 27:16

**theory** 24:6 29:13,16 87:20 120:22 121:6,9 124:9,20,22,23 125:1

**therapeutic** 13:12 14:3 33:2 35:24 36:2,10 37:20 38:8,12,15,25 40:5 57:25 67:9,12 69:15,25 70:3 72:8,14 73:19 89:18 132:10,24

**thereabouts** 60:22

**thesis** 59:17,18,20 60:6

**thin** 41:6

**thing** 12:8 17:15 25:21 31:2 44:13 66:17 100:21 104:11 118:17

**things** 12:18 20:9 25:8 27:14,16,18 33:16 46:5,10 55:18,23 56:13 66:1 68:3 93:25 95:14 98:23 100:12 103:15 111:25 112:13 120:19 123:13,23 130:22

**thinking** 39:7 54:24 55:2 56:3 71:3 72:21 75:16 113:14 114:13

**thinks** 57:1 61:22

**Thomas** 16:23,24 17:24 51:10 86:4

**thoracic** 81:12

**thought** 9:23,25 14:10 25:17 30:2 33:22 34:19 52:14 100:17 102:22 107:6 108:2 115:22 125:24 126:6 128:9

**threatening** 134:19

**threats** 81:12

**three-part** 131:8

**three-year** 48:17

**threshold** 81:16

**throwing** 79:13 98:18

**thrust** 109:16

**thumb** 123:1

**til** 58:5

**time** 8:25 11:9 14:19 15:10 17:5 20:5,6 27:15 30:14 34:3 36:1 40:13 42:19 44:25 45:25 46:24 56:8 61:12 62:4,6,14,17 66:14 72:19 74:12 77:16 79:13 84:4 92:12 94:6,9 95:16 99:2,6 103:6 105:5,9 106:10 123:17 124:6

**times** 8:23 10:6 22:24 81:1 100:8

**timetable** 110:12

**timid** 122:20

**tipped** 87:21

**tissues** 60:14 96:3

**title** 21:9

**today** 5:18,23 6:22,25 7:15 48:16 112:21

**today's** 57:9

**told** 22:1,3 79:3,12 112:24

**ton** 126:20

**tool** 21:12,15 33:24 87:13

**top** 14:1 36:15 78:5 107:9

**topic** 27:5 31:6 78:14

**TOTI** 57:2 90:20 114:22 115:1 126:19 127:4 128:5,8,22 129:1 131:19,24 134:21,25

**TOTI................................131** 4:5

**town** 40:6 120:8

**track** 20:25

**tradition** 45:20

**traditions** 45:16 46:19

**tragedy** 53:6

**trail** 30:3

**train** 31:1

**trained** 64:6,13 123:4 132:19

**training** 40:16

**transcript** 6:18 32:13

**transition** 10:24 11:14,16

**travel** 18:17 59:8

**traveling** 31:25

**treat** 41:12

**treated** 43:11

**treating** 98:5

**treatise** 60:5,6,19

**treatises** 99:18 132:14

**treatment** 24:7 36:6 77:6 113:22 116:19 118:13 119:9 121:21 124:3

**treatments** 119:15

**trend** 72:15

**trial** 17:18 32:5,15 36:10 38:5,7 39:12,13 84:10 85:21 96:9,23 97:9 109:7 110:2 111:14 116:3 118:17

**trials** 32:4 35:5 63:7,8 107:15

**trouble** 108:13

**true** 34:20 38:11 45:24,25 49:1 53:19 54:20 88:18 119:21 121:1 124:7,19

**trunk** 118:14

**truth** 5:5,25

**truth-telling** 40:6

**turn** 57:6,20 77:22 103:1 111:2 133:15

**turned** 67:19 99:18 109:2

**Turning** 25:25 26:25 47:21

**U**

**U.S.** 44:19

**UC** 7:11,18

**uh-huh** 6:17 84:24 100:2 106:14 109:10

**unaware** 23:4

**unblocking** 97:23

**unborn** 80:18 114:13,17 118:24

**uncommon** 91:19 93:6 103:23

**undergone** 38:10

**undergraduate** 7:5

**understand** 5:24 6:4 15:3 37:19 49:17 50:4 102:10 104:4 112:16

**understanding** 41:3 80:16 95:21 124:15 132:9,12

**understands** 63:15

**understood** 78:16 79:17 85:25 93:8 118:19 124:10 131:17

**undertaken** 52:11

**undertook** 84:11

**underwent** 120:23

**unexperienced** 96:6

**uniformly** 104:9

**unintentional** 24:5

**United** 43:1,2 102:16

**university** 7:6,20 111:20

**University's** 63:4

**unjustifiable** 133:20

**unknown** 112:21

**unlawful** 133:19

**unmarried** 120:1

**unpassed** 100:23

**unreliable** 28:24,25 29:4

**up-to-the-minute** 32:6

**upfront** 109:24

**uterine** 81:13 86:23 94:3 122:17

**uterus** 79:9,18 96:4 123:2 124:11

**V**

**variety** 71:21

**vary** 43:16

**vast** 18:13 45:25

**veracity** 73:16

**verdict** 83:15,16,25

**Vermont** 109:22

**version** 26:12 57:16

**versions** 67:13

**vetted** 27:12

**view** 15:1,8 28:16,24 37:21 59:24

**views** 63:12

**Virginia** 100:18 101:19 128:20

**visited** 30:12,13 39:25

**vocalization** 6:17

**voice** 16:12

**voices** 19:13 109:15,17 110:6

**volcano** 29:11

**volume** 133:15

**volumes** 18:15

**volunteered** 127:20

**vomiting** 78:5

**W**

**wage** 8:22

**wait** 71:3 72:22 124:1

**waiting** 111:1

**wake** 34:15

**walked** 71:18

**wanted** 14:17 40:7 45:22 110:19 111:7 119:22 133:12

**war** 46:25 47:10 68:20,21 70:23

**warranted** 89:4

**Washington** 12:10 129:12

**waste** 99:6

**watch** 120:12

**watching** 121:7

**water** 60:15

**Watkins** 76:19

**wayside** 48:11

**weave** 27:20

**website** 77:18

**Webster** 22:19 24:24 25:3,5,15

**week** 26:5 66:5 69:18

**weekly** 66:5 118:2

**weeks** 33:13 79:13

**weigh** 44:4

**weight** 44:4

**weighty** 44:12

**well-covered** 31:15

**well-documented** 92:15,16

**well-placed** 62:18

**well-publicized** 65:18

**well-read** 60:23

**well-respected** 25:18

**West** 71:12 128:20

**white** 102:23

**widely** 85:12

**widespread** 103:24 108:8

**widowed** 83:19

**wife** 17:3

**wiser** 119:17

**wished** 106:7

**witchcraft** 94:20

**withdrawn** 102:13

**Withycombe** 13:14 52:23

**Withycombe's** 13:15 112:7

**witnesses** 20:7 32:7 63:6 83:17 84:4

**wives'** 94:20

**woman** 11:7,9 17:19 22:21 38:9 50:14,16 55:9,12 56:4 70:8 79:8 82:7, 15 83:19 84:4 96:17 98:23 104:10 117:11 119:10,11,24 120:1,13 123:11, 16,21,25 124:1

**woman's** 16:14 117:8

**women** 10:18 31:22,23 45:20 46:6,7, 8,9,16,17 51:25 52:4,11 53:1 54:21 55:15,18,23 56:6,9,13,16 61:23 66:1 95:12,15,18 96:14 98:17 102:17 103:16 107:16 108:8,10,11,22 109:21 110:1,11 112:23 119:18,22 131:14

**women's** 11:4,6,10 46:10,13 109:15

**wonderful** 71:8 110:15

**wondering** 91:17

**Wood** 35:24 71:20 83:13,14 85:5

**word** 12:3 29:4 56:12 69:13,21 70:5 80:10,25 103:14

**worded** 67:7 69:22

**words** 59:8 60:23 74:1 83:3 110:11

**work** 19:16 25:19 27:8 34:19 43:14 52:23 69:10 81:5 94:7,21 100:12,13 110:24

**worked** 127:17

**working** 110:14 127:12

**works** 17:21 21:6,17 27:12

**world** 61:20 112:25

**worries** 14:25 61:25 114:9

**worth** 127:1

**worthy** 116:19

**wow** 37:6 76:14

**wrap** 25:4 126:15 127:2,8,13

**wrestle** 132:3

**write** 20:9 53:1 62:18

**writer** 8:10

**writerly** 80:25

**writers** 34:16

**writing** 8:21 9:24 10:20,22,25 12:19 15:21 16:18 19:3 22:11 33:8 34:4 52:16 59:15 60:20 110:25

**writings** 10:25 77:20 126:4

**written** 12:7,9,11,14 16:6 18:2,8 21:13 25:8 27:23 42:19 52:18,23 53:1 69:8 71:5 99:18 112:23 129:8

**wrong** 27:7 43:8 52:13 55:1 61:6 86:3 108:2

**wrote** 16:16,20 25:22 28:19 59:17,19 60:5,18 76:16 99:19 105:9,10 106:16 126:6

**Wyoming** 9:7,9,10 71:5

**Y**

**Yale** 64:9 132:19

**year** 9:6,7 13:2 30:1,14 33:13 37:10 39:16,17 105:23 110:16 118:8 122:23 129:22,23 130:7,11

**years** 18:17 20:10 22:21,24,25 23:2 30:6 43:25 49:16 66:2,7 77:15 85:14 100:7 121:21 122:22 129:23 130:7

**York** 43:21 57:24 59:14,22 63:2,4,13, 16,19 66:13 72:9,22 116:1 117:14,16

**York's** 69:25

**young** 31:22,23 117:11 120:13