**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D., <br><br> Plaintiff, <br><br> v. <br><br> MEMBERS OF THE IDAHO BOARD OF MEDICINE, et al., <br><br> Defendants. | **Case No. 1:24-cv-244-BLW** <br><br> **ADA COUNTY PROSECUTING ATTORNEY'S JOINDER TO MOTION FOR SUMMARY JUDGMENT [DKT. 79]** |

    Given that the Attorney General intervened in this case for the purpose of defending the challenged State statute, and given that the Ada County Prosecuting Attorney is also a named defendant, the Ada County Prosecuting Attorney joins the Attorney General's motion for summary judgment and requests that if the motion is granted that the case be dismissed as to the Ada County Prosecuting Attorney, as well. The Ada County Prosecuting Attorney will not make her own

ADA COUNTY PROSECUTING ATTORNEY'S JOINDER TO MOTION FOR SUMMARY JUDGMENT [DKT. 79]– PAGE 1

separate arguments. The Attorney General will argue and address the evidence raised in defense of the challenged statute.

**DATED** this 21st day of October, 2025.

                                              **JAN M. BENNETTS**
                                              Ada County Prosecuting Attorney

                    By:    */s/ Dayton P. Reed*
                             Dayton P. Reed
                             Deputy Prosecuting Attorney

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of October, 2025, I served a true and correct ADA COUNTY PA JOINDER TO MTN FOR SUMMARY JUDGMENTcopy of the foregoing *Ada County Prosecuting Attorney's Joinder to Motion for Summary Judgment [dkt. 79]* electronically through the CM/ECF system, which caused a copy to be served upon all counsel of record.

      By:    /s/ *Monica Devroude*
                  Legal Assistant