Kelly O'Neill
Idaho Bar No. 9303
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Phone: (208) 649-4942
koneill@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine St., No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

Jamila Johnson*
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Ronelle Tshiela*
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
rtshiela@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>Defendants. | Case No.: 1:24-cv-00244-BLW<br><br>**DECLARATION OF STEPHANIE TOTI** |

STEPHANIE TOTI, hereby declares under penalty of perjury that the following statements are true and correct:

1. I am counsel of record for Plaintiff in this matter.

2. Attached hereto as Exhibit 1 is an appendix that contains the evidentiary materials cited in Plaintiff's response in opposition to Defendants' motion for summary judgment. The appendix contains a true and correct copy of each of the following documents:

a. Declaration of Patricia Cline Cohen, Ph.D.;

b. Declaration of Carly Dahl, M.D.;

c. Declaration of Alexandra G. Eller, M.D.;

d. Declaration of Monica Eppinger, J.D., Ph.D.;

e. Declaration of Jennifer Payne, M.D.;

f. Declaration of Danielle Prentice, D.O.;

g. Declaration of Stacy Seyb, M.D.;

h. Declaration of Marcela Smid, M.D.;

i. Expert Report of Elena Kraus, M.D., Ph.D., MSCI, FACOG (excluding Exhibit A);

j. Defendants Members of the Idaho Board of Medicine Responses to Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission;

k. Transcript of the Deposition of Patricia Cline Cohen, Ph.D. (excerpted);

l. Transcript of the Deposition of Carly Dahl, M.D. (excerpted);

m. Transcript of the Deposition of Monica Eppinger, J.D., Ph.D. (excerpted);

n. Transcript of the Deposition of Elena Kraus, M.D., Ph.D., MSCI, FACOG (excerpted);

o. Transcript of the Deposition of Jennifer Payne, M.D. (excerpted);

p. Transcript of the Deposition of Stacy Seyb, M.D. (excerpted); and

q. Transcript of the Deposition of Marcela Smid, M.D. (excerpted).

Dated: November 12, 2025

*/s/ Stephanie Toti*
Stephanie Toti

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served on all counsel of record.

*/s/ Stephanie Toti*
Stephanie Toti