UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00244-BLW<br><br>**ORDER GRANTING MOTION TO CORRECT** |

    Before the Court is Defendants' Motion to Correct Mistake Under Rule 60(a) (Dkt. 89). Although Plaintiff has not yet filed a response, the Court "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found." Fed. R. Civ. P. 60(a). Because Defendants identify an oversight in the Court's Memorandum Decision & Order issued on February 9, 2026, the Court will exercise its discretion to correct the error without further briefing.

    The error concerns the Court's account of Defendants' response at oral argument to a question about the constitutionality of a hypothetical law banning life-saving abortions. Defendants asserted that such a law would receive the deference of rational scrutiny, but not that the law would necessarily survive a constitutional challenge. *See* Dkt. 88 at 24-26. The Court apologizes to Defendants for inaccurately describing the

**Order -** 1

exchange. Accordingly, the Court will grant the Motion to Correct and will issue an Amended Memorandum Decision and Order.

The Amended Memorandum Decision & Order will modify the following sentence at the top of Page 18: "At oral argument, Defendants asserted that Idaho may ban even these abortions—in other words, that the Constitution leaves the states free to require a woman to sacrifice her life for the sake of her potential child." The amended version will read: "At oral argument, Defendants asserted that a law banning life-saving abortions would receive the deference of rational basis review—in other words, that there is not a fundamental right to even an abortion necessary to prevent the woman's death."

THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion to Correct Mistake Under Rule 60(a) is GRANTED. An Amended Memorandum Decision & Order shall issue concurrently with this Order.



DATED: February 25, 2026

B. Lynn Winmill
U.S. District Court Judge

Order - 2