UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| STACEY SEYB, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00244-BLW<br><br>TRIAL SETTING ORDER |

On February 25, 2026, Court staff held a status conference for the purpose of setting a trial date in this matter.

NOW THEREFORE IT IS HEREBY ORDERED that the following deadlines and procedures shall govern the remainder of this litigation:

1. **Trial Date:** A **5-day bench trial** shall be set for **June 8, 2026, at 9:30 a.m.** in the Federal Courthouse in Boise, Idaho. Beginning on day two and thereafter, trial shall begin at 9:00 am and end at 3:30 pm, with three 15-minute breaks.

**TRIAL SETTING ORDER - 1**

2. **Pretrial Conference:** A video pretrial conference will be held on **May 12 at 3:00 PM** Mountain Time. A Zoom link will be provided prior to the date of the hearing.

3. **Rule 702 Motions**: The parties shall contact, Rosemary Ardman, the law clerk assigned to this case, on or before **March 16, 2026**, to alert her as to whether there are any *Daubert* issues in this case, and if so, whether a hearing will be necessary. If there are no *Daubert* issues in the case, the parties shall alert Ms. Ardman as to this fact by the same date.

4. **Witness Lists:** The Parties shall exchange witness lists **on or before May 11, 2026.** The witness lists shall contain the material listed in F.R.C.P. 26(a)(3)(A) & (B), and shall include a full summary, not just the subject, of the witnesses' expected testimony.

5. **Exhibit Lists, Exhibits, Motions in Limine, and Proposed Findings of Fact and Conclusions of Law:** All exhibit lists, motions in limine, and proposed findings of fact and conclusions of law shall be filed with the Court **on or before May 11, 2026. Responses to motions in limine shall be filed within 7 days of the date the motion is filed. The optional reply briefs, if any, shall be filed within 3 days of the date the response is filed.** On the same date, the parties shall exchange all trial exhibits. Because of the

TRIAL SETTING ORDER - 2

use of electronic evidence presentation systems, it is unnecessary to provide copies of exhibits to the Court. By the end of trial, however, each side shall provide the Courtroom Deputy with a thumb drive containing the exhibits that were proffered by that party *and* admitted.  Counsel may wish to have available in the courtroom a copy of any exhibits which the Court may find difficult to review through the evidence presentation system. The exhibit lists shall follow the guidelines set out in Local Rule 16.3(f) to the extent it is not inconsistent with this Order. The exhibit lists shall be prepared on the form provided by the Deputy Clerk, with sufficient copies for the Judge, the Deputy Clerk, and two Law Clerks. Exhibit numbers 1 through 999 shall be reserved for joint exhibits; exhibit numbers 1000 through 1999 shall be reserved for the plaintiff; exhibit numbers 2000 through 2999 shall be reserved for the first defendant listed on the caption; exhibit numbers 3000 through 3999 shall be reserved for the second defendant listed on the caption; and so on. Counsel shall review their exhibits, determine any duplication, and jointly mark and stipulate to the admission of those exhibits that both sides intend to offer and rely upon.

TRIAL SETTING ORDER - 3

6.  **Settlement/Mediation Deadline**: The parties agree that they shall notify the Court **on or before April 24, 2026,** that the case has either settled or will definitely go to trial.

7.  **Trial Procedures**:

    a.  Counsel shall exercise good faith in attempting to reach a stipulation on undisputed facts and admission of exhibits.

    b.  During trial, the Court will hear testimony the entire trial day between 9:00 am and 3:30 pm, except for the breaks as described above.

    c.  Counsel shall have enough witnesses ready to ensure a full day of testimony. If witnesses are unavoidably delayed, counsel shall promptly notify the Court and opposing counsel.

    d.  When counsel announce the name of a witness called to testify, the Court or the clerk will summon them forward to be sworn, the clerk will administer the oath and, after the witness is seated, ask the witness to state their name and spell their last name for the record. The Court will then indicate to counsel that they may inquire of the witness.

    e.  Please do not address parties or witnesses (including your own) by their first name unless such familiarity is clearly appropriate and is not

TRIAL SETTING ORDER - 4

likely to be offensive to the witness or any juror.  In case of doubt, don't.

f.  Your clients and your witnesses should be instructed that they should always refer to you and opposing counsel by their last names.

DATED: March 5, 2026

B. Lynn Winmill
U.S. District Court Judge

**TRIAL SETTING ORDER - 5**