**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, et al.,<br><br>Defendants. | **Case No. 1:24-cv-244-BLW**<br><br>**ADA COUNTY PROSECUTING ATTORNEY'S NOTICE REGARDING WITNESS AND EXHIBIT LISTS AND PROPOSED FINDINGS AND CONCLUSIONS** |

The Ada County Prosecuting Attorney does not intend to call witnesses at trial.

The Ada County Prosecuting Attorney does not intend to introduce exhibits at trial.

The Ada County Prosecuting Attorney does not propose any finding of fact or conclusion of law in advance of trial.

**DATED** this 11th day of May 2026.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: */s/ Dayton P. Reed*
Dayton P. Reed
Deputy Prosecuting Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May 2026, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney's Notice Regarding Witness and Exhibit Lists and Proposed Findings and Conclusions* electronically through the CM/ECF system, which caused a copy to be served upon all counsel of record.

By: /s/ *Monica Devroude*
Legal Assistant