# UNITED STATES DISTRICT COURT
## District of Idaho

## Amended Exhibit List

| | |
|---|---|
| Case Name:<br>STACY SEYB, M.D.,<br><br>      Plaintiff,<br><br>vs.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities, *et al.*,<br><br>      Defendant,<br><br>and<br><br>      ATTORNEY GENERAL RAÚL LABRADOR,<br><br>      Defendant-Intervenor. | Plaintiff=s Attorney:<br>Kelly O'Neill, Wendy S. Heipt (Legal Voice); Stephanie Toti, Jamila Johnson, Paige Suelzle, Tanya Pellegrini, Ronelle Tshiela (Lawyering Project)<br><br>Defendant=s Attorney:<br>James E. M. Craig, Aaron M. Green, Kyle D. Grigsby, Yvonne Dunbar (Attorney General's Office); Dayton P. Reed (Ada County Prosecuting Attorney's Office) |

| Docket No.:<br>1:24-cv-00244-BLW | Trial Dates:<br>June 8-15 | Courtroom Deputy:<br>Jamie Gearhart |
|---|---|---|
| Presiding Judge:<br>B. Lynn Winmill | | Court Reporter:<br>Tammy Hohenleitner |

Party Offering Exhibits:
Plaintiff

### Instructions

- Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
- A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM". A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
- Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
- More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | JOINT TRIAL EXHIBITS | | |
| 1. | | ADM | | | 2018 Idaho MMRC Report | |
| 2. | | ADM | | | 2019 Idaho MMRC Report | |
| 3. | | ADM | | | 2020 Idaho MMRC Report | |
| 4. | | ADM | | | 2021 Idaho MMRC Report | |
| 5. | | ADM | | | 2022 Idaho MMRC Report | |
| 6. | | ADM | | | 2023 Idaho MMRC Report | |
| 7. | | ADM | | | 2024 Idaho MMRC Report | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8. | | ID ONLY | | | Keown, Abortion, Doctors and the Law (Charles Webster & Charles Rosenberg eds., Cambridge Univ. Press 1988) | |
| 9. | | ID ONLY | | | Mohr, Abortion in America (Oxford Univ. Press 1978) | |
| 10. | | ID ONLY | | | Dellapenna, Dispelling the Myths of Abortion History (Carolina Academic Press, rev. ed. 2023) | |

### PLAINTIFF'S TRIAL EXHIBITS

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1001. | | ADM | | | Curriculum vitae of Patricia Cline Cohen, Ph.D. | |
| 1002. | | ADM | | | Curriculum vitae of Carly Dahl, M.D. | |
| 1003. | | ADM | | | Curriculum vitae of Alexandra Grosvenor Eller, M.D. | |
| 1004. | | ADM | | | Curriculum vitae of Monica Eppinger, J.D., Ph.D. | |
| 1005. | | ADM | | | Curriculum vitae of Jennifer Payne, M.D. | |
| 1006. | | ADM | | | Curriculum vitae of Danielle Prentice, D.O. | |
| 1007. | | ADM | | | Curriculum vitae of Diana Romero, Ph.D. | |
| 1008. | | ADM | | | Curriculum vitae of Marcela Smid, M.D. | |
| 1009. | | | FRE 401, 802, 1006 | | Summary of Exs. 1012-1015: Leading Underlying Cause of Pregnancy-Related Death in Idaho, 2018-2024 | |
| 1010. | | ADM | | | Idaho Board of Medicine Responses to Written Discovery | |
| 1011. | | ADM | | | *Adkins v. State*, No. CV01-23-14744, slip op. at 39 (Idaho 4th Dist. Ct. Apr. 11, 2025) | |
| 1012. | | ADM | | | *Rex v. Bourne*, (1938) 3 All E.R. 615 (Eng.) | |
| 1013. | | ADM | | | *Walker v. Great Northern Railway Co. of Ireland*, 28 L.R. Ir. 60, 69 (1890) | |
| 1014. | | | | | Idaho Code 18-622 | |
| 1015. | | | | | Idaho Code 18-8801 to 18-8808 | |
| 1016. | | | | | 2020 Idaho Sess. Laws 827 (S.B. 1385) | |
| 1017. | | | | | 2023 Idaho Sess. Laws 906 (H.B. 374) | |
| 1018. | | | | | 2021 Idaho Sess. Laws 867 (H.B. 366) | |
| 1019. | | | | | 2022 Idaho Sess. Laws 532 (S.B. 1309) | |
| 1020. | | | | | 2019 Idaho Sess. Laws 92 (H.B. 109) | |
| 1021. | | | | | 2024 Idaho Sess. Laws 67 (H.B. 399) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1022. | | | | | Seyb Expert Report | |
| 1023. | | | | | Seyb Rebuttal Expert Report | |
| 1024. | | | | | Seyb MSJ Declaration | |
| 1025. | | | | | McEachern, et al., Change in Number of OB/GYN Physicians Practicing Obstetrics After the Dobbs Decision, 2025 JAMA Network Open e2524893 (2025) | |
| 1026. | | | | | Expert Report of Marcela Smid, M.D. | |
| 1027. | | | | | Battarbee, et al., Society for Maternal-Fetal Medicine Consult Series No. 71: Management of Previable and Periviable Preterm Prelabor Rupture of Membranes (2024) | |
| 1028. | | | | | Kaimal, et al., Society for Maternal-Fetal Medicine Consult Series No. 55: Counseling Women at Increased Risk of Maternal Morbidity and Mortality (April 2021) | |
| 1029. | | | | | SMFM Position Statement: Access to Abortion Care. Society for Maternal-Fetal Medicine (July 2024) | |
| 1030. | | | | | ACOG, Prelabor Rupture of Membranes: ACOG Practice Bulletin No. 217, 135 Obstetrics & Gynecology e80 (2020) | |
| 1031. | | | | | ACOG, Update on Criteria for Suspected Diagnosis of Intraamniotic Infection, ACOG Clinical Practice Update, 144 Obstetrics & Gynecology e17 (July 2024) | |
| 1032. | | | | | Volkow & Blanco, Substance Use Disorders: A Comprehensive Update of Classification, Epidemiology, Neurobiology, Clinical Aspects, Treatment and Prevention, 22 World Psychiatry 203 (2023) | |
| 1033. | | | | | ACOG, Treatment and Management of Mental Health Conditions During Pregnancy and Postpartum: Clinical Practice Guideline No. 5, 141 Obstetrics & Gynecology 1262 (2023) | |
| 1034. | | | | | Expert Report of Carly Dahl, M.D. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1035. | | | | | ACOG, Perinatal Palliative Care: ACOG Committee Opinion No. 786, 134 Obstetrics & Gynecology e84 (2019) | |
| 1036. | | | | | Expert Report of Danielle Prentice, D.O. | |
| 1037. | | | | | Rebuttal Expert Report of Jennifer Payne, M.D. | |
| 1038. | | | | | Excerpt from Nat'l Acads. of Scis., Eng'g & Med., The Safety and Quality of Abortion Care in the United States (2018) (pp. 1-93; 129-158) | |
| 1039. | | | | | Rebuttal Expert Report of Diana Romero, Ph.D. | |
| 1040. | | | | | McCarthy, et al., The Impact of Denying Abortion Access to Patients with Chronic Kidney Disease: A Cost-Effectiveness Analysis, 146 Contraception 110863 (2025) | |
| 1041. | | | | | Expert Report of Alexandra Grosvenor Eller, M.D. | |
| 1042. | | | | | Rebuttal Report of Alexandra Grosvenor Eller, M.D. | |
| 1043. | | | | | Raymond & Grimes, The Comparative Safety of Legal Induced Abortion and Childbirth in the United States, 119 Obstetrics & Gynecology 215 (2012) | |
| 1044. | | | | | Steenland, et al., Pregnancy- and Abortion-Related Mortality in the US, 2018–2021, 9 JAMA Network Open e2554793 (2026) | |
| 1045. | | | | | Lee, Fetal Pain: A Systemic Multidisciplinary Review of the Evidence, 294 JAMA 947. (2005) | |
| 1046. | | | | | Upadhyay, et al., Incidence of Emergency Dept. Visits and Complications After Abortion, 125 Am. J. Obstet. Gynecol. 175 (2015) | |
| 1047. | | | | | Ecker, et al., Obstetric Care Consensus No. 6: Periviable Birth, 130 Obstetrics & Gynecology  e187 (2017) | |
| 1048. | | | | | Eppinger, The Health Exception, 17 Georgetown J. Gender & the Law 665 (2016) | |
| 1049. | | | | | Eppinger Expert Report | |
| 1050. | | | | | Eppinger MSJ Declaration | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1051. | | | | | Excerpts from Bracton, Vol. 2 (pp. 340-342; 406-408) | |
| 1052. | | | | | Excerpts from Coke, Third Institute (pp. 47-53) | |
| 1053. | | | | | Excerpts from Coke, Fourth Institute (pp. 247-253) | |
| 1054. | | | | | Excerpts from Hale, Pleas of the Crown, Vol. 1 (pp. 424-434) | |
| 1055. | | | | | Excerpts from Blackstone, Vol. 1, Book I (pp. 121-143) | |
| 1056. | | | | | Excerpts from Blackstone, Vol. 2, Book III (pp. 114-142); Book IV (pp. 175-203) | |
| 1057. | | | | | Lord Ellenborough's Act of 1802 | |
| 1058. | | | | | Offences Against the Person Act of 1861 | |
| 1059. | | | | | Cohen Rebuttal Expert Report | |
| 1060. | | | | | Cohen Supplemental Disclosure | |
| 1061. | | | | | Excerpt from Bedford, A Lecture Introductory to a Course on Obstetrics and the Diseases of Women and Children in the University of New York, New York University Medical Department, 1847 (pp. 17-18) | |
| 1062. | | | | | Medical, New York Herald, Feb. 13, 1848 | |
| 1063. | | | | | Excerpt from Storer, On Criminal Abortion (Philadelphia, J.B. Lippincott & Co. 1860) (pp. 63-66) | |
| 1064. | | | | | Excerpt from Storer, Why Not? A Book for Every Woman (1866) (pp. 23-27) | |
| 1065. | | | | | Eve, The Medico-Legal, Legal, and Moral Aspects of Criminal Abortion and Infanticide, 11 Atlanta Med. & Surgical J., no. 9, Nov. 1894 | |
| 1066. | | | | | Thomas, Abortion and its Treatment, from the Stand-Point of Practical Experience: A Special Course of Lectures Delivered at the College of Physicians and Surgeons, New York, Session of 1889-90 (New York: Appleton and Co. 1896) | |
| 1067. | | | | | Parish, Criminal Abortion, 14 Proceedings of the Philadelphia County Medical Society (1893) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1068. | | | | | Russell, Criminal Abortion, 5 Nw. Med., Jan.-Dec. 1907 | |
| 1069. | | | | | Excerpt from Williams, Obstetrics (1903) (pp. 338-341) | |
| 1070. | | | | | Examination Questions, 3 Nw. Med. 266 (1911) | |
| 1071. | | | | | Excerpt from Miller, Principles and Practice of Obstetrics (Blanchard and Lea, 1858) (pp. 77-110) | |
| 1072. | | | | | Storer, The Surgical Treatment of Amenorrhea, 47 Am. J. Med. Sci., Jan. 1864 | |
| 1073. | | | | | Letter from Henry I. Bowditch to H.R. Storer (Apr. 20, 1857) | |
| 1074. | | ADM | | | Deposition Designations for Idaho Board of Medicine's Fed. R. Civ. P. 30(b)(6) Designee | |
| 1075. | | | | | Deposition Counter-Designations for Stacy Seyb, M.D. | |
| 1076. | | | | | Deposition Counter-Designations for Jennifer Payne, M.D. | |