**BENCH TRIAL – Day 5**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill            Deputy Clerk: Jamie Gearhart
Case No: 1:24-cv-244             Reporter: Tammy Hohenleitner
Date: June 12, 2026             Time:  9:07 – 10:28 a.m.
Place: Boise                          10:45 – 12:09 p.m.
                                        12:28 – 1:33 p.m.
                                        1:52 – 2:35 p.m.
                             Total time: 4 hours and 33 minutes

M.D. Stacy Seyb v. Members of the Idaho Board of Medicine, et al

Counsel for Plaintiffs: Stephanie Toti, Jamila Johnson, Ronelle Tshiela, Kelly O'Neill, Tanya Pellegrini, and Paige Suelzle

Counsel for Defendants: James Craig, Aaron Green, and Yvonne Dunbar

Counsel for Defendant Ada County Prosecuting Attorney: Dayton Reed


WITNESSES
    Defendant:
        1.  Joseph William Dellapenna (continued from 6/11/2026)

    Plaintiff (Rebuttal)
        1.  Patricia Cohen, Ph.D.

DEPOSITIONS
    Plaintiff:
        1.  Deposition of Joseph Dellapenna taken 8/26/2025 was published.

    Defendant:
        1.  Deposition of Patricia Cohen Ph.D. taken 7/24/2025 was published.

 2:35 p.m. – Recess. The Bench Trial will continue on June 15, 2026 at 9:00 a.m. before Judge B. Lynn Winmill.