<u>**BENCH TRIAL**</u> **– Day 6**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill
Case No: 1:24-cv-244
Date: June 15, 2026
Place: Boise

Deputy Clerk: Jamie Gearhart
Reporter: Tammy Hohenleitner
Time:  9:08 – 10:23 a.m.
       10:43 – 12:09 p.m.
       12:33 – 1:48 p.m.
       2:08 – 2:11 p.m.
       2:20 – 3:00 p.m.
       3:11 – 3:18 p.m.
Total time: 4 hours and 46 minutes

<u>M.D. Stacy Seyb v. Members of the Idaho Board of Medicine, et al</u>

Counsel for Plaintiffs: Stephanie Toti, Jamila Johnson, Ronelle Tshiela, Kelly O'Neill, Tanya Pellegrini, and Paige Suelzle

Counsel for Defendants: James Craig, Aaron Green, and Yvonne Dunbar

Counsel for Defendant Ada County Prosecuting Attorney: Dayton Reed

<u>WITNESSES</u>
    Defendant:
        1.  Dr. Elena Kraus

    *Plaintiff (Rebuttal)*
        1.  Dr. Alexandra Eller (testified remotely)

<u>EXHIBITS</u>
    Defendant: 2000

<u>DEPOSITIONS</u>
    Plaintiff:
        1.  Deposition of Dr. Elena Kraus taken August 4, 2025 was published

Testimony completed.

Proposed Findings of Fact and Conclusions of Law/Closing Argument due June 30, 2026.

The Court ruled on the objections to the deposition excerpts.

Recess – 3:18 p.m.