**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, et al.,<br><br>Defendants. | **Case No. 1:24-cv-244-BLW**<br><br>**ADA COUNTY PROSECUTING ATTORNEY'S NOTICE REGARDING POST-TRIAL SUBMISSIONS** |

The Ada County Prosecuting Attorney waives post-trial submissions and will await the Court's ruling on the pre-enforcement constitutional challenge brought by the Plaintiff and defended by the Idaho Attorney General.

**DATED** this 30th day of June, 2026.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: */s/ Dayton P. Reed*
Dayton P. Reed
Deputy Prosecuting Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2026, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney's Notice Regarding Post-Trial Submissions* electronically through the CM/ECF system, which caused a copy to be served upon all counsel of record.

By: /s/ *Lucinda Freeborn*
Legal Assistant