RAÚL R. LABRADOR
ATTORNEY GENERAL

YVONNE DUNBAR, ISB #7200
Chief Counsel

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense
AARON M. GREEN, ISB #12397
Assistant Solicitor General
KYLE D. GRIGSBY, ISB #10709
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Intervenor*
*Attorney General Raúl Labrador*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.<br><br>*Plaintiff,*<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.,*<br><br>*Defendants.* | Case No. 1:24-cv-00244-BLW<br><br>**ATTORNEY GENERAL RAÚL LABRADOR'S EMERGENCY MOTION FOR STAY OF INJUNCTION PENDING APPEAL** |

Pursuant to F.R.C.P. 62(d) and F.R.A.P. 8(a), Intervenor Attorney General Labrador moves the Court to stay its order granting an injunction, Dkt. 147, pending appeal to the Ninth Circuit Court of Appeals. The Attorney General asks the Court to issue a decision as soon as possible and, in any event, no later than Tuesday August 25, 2026.

Plaintiff's counsel has informed the undersigned that Plaintiff opposes this motion.

DATED: August 18, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Aaron M. Green*
AARON M. GREEN
Assistant Solicitor General

*Attorney for Intervenor Attorney General Raúl Labrador*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on August 18, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jamila Johnson
jjohnson@lawyeringproject.org

Tanya Pellegrini
tpellegrini@lawyeringproject.org

Paige Suelzle
psuelzle@lawyeringproject.org

Stephanie Toti
stoti@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

Ronelle Tshiela
Rtshiela@lawyeringproject.org

Joy Williams
jwilliams@lawyeringproject.org

Kelly O'Neill
koneill@legalvoice.org

*Attorneys for Plaintiff*

Dayton Reed
dreed@adacounty.id.gov
civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney*

/s/ *Aaron M. Green*
AARON M. GREEN