William G. Mitchell
Idaho Bar No. 9662
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine St., No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

Jamila Johnson*
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Tanya Pellegrini*
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

Ronelle Tshiela*
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
rtshiela@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al*,<br><br>Defendants,<br><br>and<br><br>ATTORNEY GENERAL RAÚL LABRADOR,<br><br>Defendant-Intervenor. | Case No.: 1:24-cv-00244-BLW<br><br>**PLAINTIFF'S MOTION TO AMEND THE COURT'S POSTTRIAL ORDER AND GRANT DECLARATORY RELIEF** |

Plaintiff respectfully moves the Court pursuant to Federal Rules of Civil Procedure 52(b) and 54(b) and its inherent authority to modify or amend its Findings of Fact, Conclusions of Law, and Order ("Order") [Dkt. No. 147] to include a grant of declaratory relief before entry of final judgment. Plaintiff timely requested declaratory relief, *see* Pl.'s Posttrial Proposed Findings of Fact & Conclusions of Law [Dkt. No. 145] at 174-75; Am. Compl. [Dkt. No. 56] at 25-27; Compl. [Dkt. No. 1] at 24-26, and the Court's conclusions of law show that Plaintiff is entitled to declaratory relief, Order at 39-77. Based on the conclusions of law set forth in the Order, Plaintiff is entitled to a declaration that:

a. The Due Process Clause of the Fourteenth Amendment protects the right to life- and health-preserving abortions;

b. Insofar as the Defense of Life Act, Idaho Code § 18-622, or the Fetal Heartbeat Act, Idaho Code § 18-8804, prohibits abortion in cases where a physician has determined, in his or her good faith medical judgment, that abortion is necessary to prevent a non-negligible risk that continuation of the pregnancy will result in the death of the pregnant woman from self-harm, it violates the Due Process Clause of the Fourteenth Amendment;

c. Insofar as the Defense of Life Act, Idaho Code § 18-622, or the Fetal Heartbeat Act, Idaho Code § 18-8804, treats pregnant people who face a risk of death from mental health conditions differently than pregnant people who face a risk of death from other medical conditions, it violates the Equal Protection Clause of the Fourteenth Amendment;

d. Insofar as the Defense of Life Act, Idaho Code § 18-622, or the Fetal Heartbeat Act, Idaho Code § 18-8804, prohibits abortion in cases where a

physician has determined, in his or her good faith medical judgment, that continuation of the pregnancy poses a non-negligible risk of serious and lasting harm to the health of the pregnant woman, it violates the Due Process Clause of the Fourteenth Amendment.

In support of this motion, Plaintiff files a memorandum of law and proposed order.

WHEREFORE, Plaintiff respectfully requests that the Court amend the Order to include a grant of declaratory relief based on its conclusions of law.

Dated: August 21, 2026

/s/ *Stephanie Toti*
Stephanie Toti*
stoti@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
Fax: (646) 480-8622

Jamila Johnson*
jjohnson@lawyeringproject.org
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
Fax: (646) 480-8622

Tanya Pellegrini*
tpellegrini@lawyeringproject.org
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
Fax: (646) 480-8622

Paige Suelzle*
psuelzle@lawyeringproject.org
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
Fax: (646) 480-8622

Ronelle Tshiela*
rtshiela@lawyeringproject.org
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
Fax: (646) 480-8622

*Admitted *pro hac vice*

William G. Mitchell
Idaho Bar No. 9662
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt*
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 21, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served upon all counsel of record.

*/s/ Stephanie Toti*
Stephanie Toti