William G. Mitchell
Idaho Bar No. 9662
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine St., No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

Jamila Johnson*
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Tanya Pellegrini*
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Ronelle Tshiela*
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
rtshiela@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al*,<br><br>Defendants,<br><br>and<br><br>ATTORNEY GENERAL RAÚL LABRADOR,<br><br>Defendant-Intervenor. | Case No.: 1:24-cv-00244-BLW<br><br>**JOINT MOTION TO STAY DEADLINE TO FILE BILL OF COSTS AND ANY MOTION FOR ATTORNEYS' FEES** |

Plaintiff, the Attorney General, the Members of the Idaho Board of Medicine, and the forty-two county prosecutors dismissed from this action, jointly move the Court to stay the deadline in Federal Rule of Civil Procedure 54(d) and Local Civil Rules 54.1 and 54.2 for filing a bill of costs and any attorneys' fee motion authorized by law until after the conclusion of all appeals in the above-captioned matter—specifically, until fourteen days after the time for filing a petition for a writ of certiorari elapses; or if such a petition is filed, fourteen days after the Supreme Court denies the petition; or if such petition is granted, fourteen days after the Supreme Court's mandate issues; or in the event of a remand, until the conclusion of all proceedings on remand and any subsequent appeals. In support of this motion, movants file a memorandum of law and proposed order.

The ADA County Prosecuting Attorney has indicated that she does not oppose this motion.

WHEREFORE, Plaintiff, the Attorney General, the Members of the Idaho Board of Medicine, and the forty-two county prosecutors dismissed from this action, respectfully request that the Court, for good cause shown, stay the deadline for filing a bill of costs and any attorneys' fee motion authorized by law until after the conclusion of all appeals in this case.

Dated: August 25, 2026

*/s/ Stephanie Toti*
Stephanie Toti*
stoti@lawyeringproject.org
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
Fax: (646) 480-8622

Jamila Johnson*
jjohnson@lawyeringproject.org
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
Fax: (646) 480-8622

Tanya Pellegrini*
tpellegrini@lawyeringproject.org
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
Fax: (646) 480-8622

Paige Suelzle*
psuelzle@lawyeringproject.org
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
Fax: (646) 480-8622

Ronelle Tshiela*
rtshiela@lawyeringproject.org
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
Fax: (646) 480-8622

*Admitted *pro hac vice*

William G. Mitchell
Idaho Bar No. 9662
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt*
wheipt@legalvoice.org
LEGAL VOICE
907 Pine St., No. 500
Seattle, WA 98101
Phone: (206) 954-6798

***Attorneys for Plaintiff***

Dated: August 25, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

*/s/ Aaron M. Green*
AARON M. GREEN
Assistant Solicitor General

*Attorney for Defendants Members of the Idaho Board of Medicine, dismissed Defendants Forty-One Idaho County Prosecutors and Intervenor Attorney General Raúl Labrador*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 25, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served upon all counsel of record.

*/s/ Stephanie Toti*
Stephanie Toti