Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

---

Docket Number: 26-5558
Originating Case Number: 1:24-cv-00244-BLW

Case Title: Seyb v. Ada County Prosecuting Attorney, et al.

---

| | |
|---|---|
| **9/1/2026** | |
| Ada County Prosecuting Attorney | Mediation Questionnaire due |
| **9/9/2026** | |
| Ada County Prosecuting Attorney | Appeal Transcript Order Due |
| **10/9/2026** | |
| Ada County Prosecuting Attorney | Appeal Transcript Due |
| **11/18/2026** | |
| Ada County Prosecuting Attorney | Appeal Opening Brief Due |
| **12/18/2026** | |
| Stacy Seyb | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**