William G. Mitchell
Idaho Bar No. 9662
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine St., No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

Jamila Johnson*
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Tanya Pellegrini*
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

Ronelle Tshiela*
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
rtshiela@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al*,<br><br>Defendants,<br><br>and<br><br>ATTORNEY GENERAL RAÚL LABRADOR,<br><br>Defendant-Intervenor. | Case No.: 1:24-cv-00244-BLW<br><br>**PLAINTIFF'S NOTICE OF CROSS-APPEAL** |

Plaintiff Stacy Seyb, M.D., hereby appeals to the United States Court of Appeals for the Ninth Circuit from the interlocutory order granting in part and denying in part his request for injunctive relief entered on August 13, 2026.

- Date case was first filed in U.S. District Court: **May 14, 2024**
- Date of order Plaintiff is appealing: **August 13, 2026**
- Docket entry number of order Plaintiff is appealing: **147**
- Fee paid for appeal: **Yes**
- Names of all Appellants: **Stacy Seyb, M.D.**
- Is this a cross-appeal: **Yes**
    - Case numbers of Defendants' appeals: **26-5360, 26-5558**
- Was there a previous appeal in this case: **No**

**REPRESENTATION STATEMENT**

In accordance with Ninth Circuit Rule 3-2, Plaintiff provides the following representation statement:

1. Counsel for Stacy Seyb, M.D., Plaintiff-Cross-Appellant:

Stephanie Toti
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

Jamila Johnson
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Tanya Pellegrini
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Paige Suelzle
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Ronelle Tshiela
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
rtshiela@lawyeringproject.org

William G. Mitchell
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

2. Counsel for Members of the Idaho Board of Medicine, Defendants-Cross-Appellees:

James E. M. Craig
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 854-8088
james.craig@ag.idaho.gov

Aaron Michael Green
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720

Boise, ID 83720-0010
Phone: (208) 332-3553
aaron.green@ag.idaho.gov

Michael A. Zarian
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 947-8779
michael.zarian@ag.idaho.gov

John J. Bursh
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Phone: (616) 450-4235
jbursch@adflegal.org

James A. Campbell
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
jcampbell@adflegal.org

Erik Baptist
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
ebaptist@adflegal.org

Mathew W. Hoffmann
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
mhoffmann@adflegal.org

3. Counsel for Attorney General Raúl Labrador, Defendant-Intervenor-Cross-Appellee:

James E. M. Craig
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 854-8088

james.craig@ag.idaho.gov

Aaron Michael Green
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 332-3553
aaron.green@ag.idaho.gov

Michael A. Zarian
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 947-8779
michael.zarian@ag.idaho.gov

John J. Bursh
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Phone: (616) 450-4235
jbursch@adflegal.org

James A. Campbell
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
jcampbell@adflegal.org

Erik Baptist
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
ebaptist@adflegal.org

Mathew W. Hoffmann
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
mhoffmann@adflegal.org

4. Counsel for Ada County Prosecuting Attorney, Defendant-Cross-Appellee:

James E. M. Craig
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 854-8088
james.craig@ag.idaho.gov

Aaron Michael Green
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 332-3553
aaron.green@ag.idaho.gov

Michael A. Zarian
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 947-8779
michael.zarian@ag.idaho.gov

John J. Bursh
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Phone: (616) 450-4235
jbursch@adflegal.org

James A. Campbell
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
jcampbell@adflegal.org

Erik Baptist
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.
Lansdowne, VA 20176
Phone: (571) 707-4655
ebaptist@adflegal.org

Mathew W. Hoffmann
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy.

Lansdowne, VA 20176
Phone: (571) 707-4655
mhoffmann@adflegal.org

Dated: September 14, 2026

/s/ Stephanie Toti
Stephanie Toti*
LAWYERING PROJECT
41 Schermerhorn St., No. 1056
Brooklyn, NY 11201
Phone: (646) 490-1083
stoti@lawyeringproject.org

Jamila Johnson*
LAWYERING PROJECT
900 Camp St., 3rd Fl., No. 1197
New Orleans, LA 70130
Phone: (347) 706-4981
jjohnson@lawyeringproject.org

Tanya Pellegrini*
LAWYERING PROJECT
584 Castro St., No. 2062
San Francisco, CA 94114
Phone: (646) 480-8973
tpellegrini@lawyeringproject.org

Paige Suelzle*
LAWYERING PROJECT
300 Lenora St., No. 1147
Seattle, WA 98121
Phone: (347) 515-6073
psuelzle@lawyeringproject.org

Ronelle Tshiela*
LAWYERING PROJECT
1525 S. Willow St., Unit 17, No. 1156
Manchester, NH 03103
Phone: (347) 429-9834
rtshiela@lawyeringproject.org

William G. Mitchell
Idaho Bar No. 9662
LEGAL VOICE
1207 W. Sandcrest Ct.
Nampa, ID 83686
Phone: (208) 995-1451
wmitchell@legalvoice.org

Wendy S. Heipt*
LEGAL VOICE
907 Pine Street, No. 500
Seattle, WA 98101
Phone: (206) 954-6798
wheipt@legalvoice.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served upon all counsel of record.

*/s/ Stephanie Toti*
Stephanie Toti