RAÚL R. LABRADOR
ATTORNEY GENERAL

YVONNE DUNBAR, ISB #7200
Chief Counsel

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
Assistant Solicitor General
KYLE D. GRIGSBY, ISB #10709
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Intervenor*
*Attorney General Raúl Labrador*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.<br><br>*Plaintiff*,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00244-BLW<br><br>**AMENDED NOTICE OF APPEAL** |

Attorney General Raúl Labrador hereby amends his Notice of Appeal filed August 18, 2026 [Dkt. 148]. Raúl Labrador appeals to the U.S. Court of Appeals for the Ninth Circuit from the District Court's August 13, 2026, Findings of Fact, Conclusions of Law, and Order [Dkt. 147], which enjoined the Idaho Attorney General and the Ada County Prosecuting Attorney from enforcing Idaho's Defense of Life Act and Fetal Heartbeat Preborn Child Protection Act in cases where a physician has determined, in his or her good faith medical judgment, that continuation of the pregnancy poses a non-negligible risk of serious and lasting harm to the health of the pregnant woman and in cases where a physician has determined, in his or her good faith medical judgment, that abortion is necessary to prevent a non-negligible risk that continuation of the pregnancy will result in the death of the pregnant woman from self-harm.

Raúl Labrador further appeals from the District Court's October 13, 2026, Memorandum Decision and Order [Dkt. 171], which granted in part Plaintiff's Motion to Amend the Court's Posttrial Order and Grant Declaratory Relief [Dkt. 154] and amended the August 13, 2026, Findings of Fact, Conclusions of Law, and Order [Dkt. 147] to include declaratory relief under 28 U.S.C. § 2201(a). This Amended Notice of Appeal is filed pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii).

## FORM 1 INFORMATION

- Date case was first filed in U.S. District Court: May 14, 2024.
- Date of judgment or order being appealed: August 13, 2026 [Dkt. 147], as amended October 13, 2026 [Dkt. 171].
- Docket entry number of judgment or order appealed from: 147 (Findings of Fact, Conclusions of Law, and Order) and 171 (Memorandum Decision and Order).
- Docketing fee of $605 paid to the U.S. District Court for the District of Idaho with the

original Notice of Appeal [Dkt. 159]. No additional fee is required.

- Appellant: RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho.
- This is not a cross-appeal.
- Ninth Circuit case numbers of appeals in this case: 26-5360, 26-5558, 26-6068.
- A representation statement follows on the next page.

DATED: October 23, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *James E. M. Craig*
JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense

*Attorney for Intervenor*
*Attorney General Raúl Labrador*

## Representation Statement

**I. Counsel for Appellant Raúl Labrador**

James E. M. Craig
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-854-8088
james.craig@ag.idaho.gov

Yvonne Andrea Dunbar
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-854-8086
yvonne.dunbar@ag.idaho.gov

Aaron Michael Green
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-332-3553
aaron.green@ag.idaho.gov

Michael Adam Zarian
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-947-8773
michael.zarian@ag.idaho.gov

Matthew Hoffman
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
mhoffmann@adflegal.org

John J. Bursch
Bursch Law PLLC
9339 Cherry Valley SE
Suite 78
Caledonia, MI 49316
jbursch@adflegal.org

James A. Campbell
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
jcampbell@adflegal.org

Erik Baptist
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
ebaptist@adflegal.org

**II. Counsel for Defendant Ada County Prosecuting Attorney Jan Bennetts**

James E. M. Craig
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-854-8088
james.craig@ag.idaho.gov

## III. Counsel for Appellees

Kelly O'Neill
1650 W Targee Street #50201
Boise ID 83705
208-649-4942
koneill@legalvoice.org

Ronelle Tshiela
Lawyering Project
1525 S Willow St Unit 17 #1156
Manchester, NH 03103
347-429-9834
rtshiela@lawyeringproject.org

William Genther Mitchell
Legal Voice
1207 West Sandcrest Court
Nampa, ID 83686
208-995-1451
williamgmitchell@yahoo.com

Jamila Asha Johnson
The Lawyering Project
900 Camp Street, 3rd Floor Ste 1197
New Orleans, LA 70130
504-312-2304
jjohnson@lawyeringproject.org

Paige Butler Suelzle
Lawyering Project
300 Lenora Street No. 1147
Seattle, WA 98121
347-515-6073
psuelzle@lawyeringproject.org

Stephanie Toti
Lawyering Project
41 Schermerhorn Street, Ste 1056
Brooklyn, NY 11201
646-490-1083
stoti@lawyeringproject.org

Tanya Gabrielle Pellegrini
Lawyering Project
584 Castro Street # 2062
San Francisco, CA 94114
646-480-8973
tpellegrini@lawyeringproject.org

Wendy Heipt
907 Pine Street Ste 500
Seattle, WA 98101
206-954-6798
wheipt@legalvoice.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on October 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jamila Johnson<br>jjohnson@lawyeringproject.org | Tanya Pellegrini<br>tpellegrini@lawyeringproject.org |
| Paige Suelzle<br>psuelzle@lawyeringproject.org | Stephanie Toti<br>stoti@lawyeringproject.org |
| Wendy S. Heipt<br>wheipt@legalvoice.org | Ronelle Tshiela<br>Rtshiela@lawyeringproject.org |
| Joy Williams<br>jwilliams@lawyeringproject.org | Kelly O'Neill<br>koneill@legalvoice.org |
| William Mitchell<br>williamgmitchell@yahoo.com | |

*Attorneys for Plaintiff*

/s/ *James E. M. Craig*
JAMES E. M. CRAIG