RAÚL R. LABRADOR
ATTORNEY GENERAL

YVONNE DUNBAR, ISB #7200
Chief Counsel

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

AARON M. GREEN, ISB #12397
Assistant Solicitor General
KYLE D. GRIGSBY, ISB #10709
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Defendants Members of the Idaho Board of Medicine, and Jan Bennetts in her capacity as Ada County Prosecutor and Intervenor Attorney General Raúl Labrador*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STACY SEYB, M.D.<br><br>*Plaintiff*,<br><br>v.<br><br>MEMBERS OF THE IDAHO BOARD OF MEDICINE, in their official capacities; *et al.*,<br><br>*Defendants.* | Case No. 1:24-cv-00244-BLW<br><br>**EMERGENCY MOTION TO STAY DECLARATORY RELIEF** |

Pursuant to F.R.C.P. 62(d) and F.R.A.P. 8(a), Defendant Ada County Prosecutor and Intervenor Attorney General Labrador move the Court to stay its order granting declaratory relief, Dkt. 171, pending appeal. The Ada County Prosecutor and Attorney General ask the Court to issue a decision as soon as possible so that this issue can be brought to the Ninth Circuit in time for resolution alongside the pending emergency motion to stay this Court's injunctive relief.

DATED: October 23, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *James E. M. Craig*
JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense

*Attorney for Defendants Members of the Idaho Board of Medicine and Jan Bennetts in her capacity as Ada County Prosecutor and Intervenor Attorney General Raúl Labrador*

## Certificate of Service

I hereby certify that on October 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jamila Johnson
jjohnson@lawyeringproject.org

Tanya Pellegrini
tpellegrini@lawyeringproject.org

Paige Suelzle
psuelzle@lawyeringproject.org

Stephanie Toti
stoti@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

Ronelle Tshiela
Rtshiela@lawyeringproject.org

Joy Williams
jwilliams@lawyeringproject.org

Kelly O'Neill
koneill@legalvoice.org

*Attorneys for Plaintiff*

Dayton Reed
dreed@adacounty.id.gov
civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney*

/s/ *James E. M. Craig*
James E. M. Craig